### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

 Plaintiff,

vs.

MARTY'S SHOES OF NEW JERSEY, INC.

 Defendant.

_____/

### <u>NOTICE OF UNAVAILABILITY OF DEFENDANT'S COUNSEL</u>

 Undersigned counsel for Defendant Marty's Shoes of New Jersey, Inc., hereby gives notice to the Court, the parties and opposing counsel that he will be absent from the Southern District of Florida and the State of Florida from **May 23, 2000** through and including **June 13, 2000**, and respectfully requests that no hearings, pretrial deadlines, trial, or other matters be set during that period.

   HOLLAND & KNIGHT LLP
   Attorneys for Defendant
   One East Broward Boulevard, Suite 1300
   Post Office Box 14070
   Fort Lauderdale, FL  33302-4070
   (954) 525-1000
   (954) 463-2030 - fax
   email:  tloffred@hklaw.com
   email:  egabriel@hklaw.com

 By: _____
   Thomas H. Loffredo
   Florida Bar No. 870323
   Eric K. Gabrielle
   Florida Bar No. 160725

1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by

United States mail to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort

Lauderdale, Florida, 33316, this **7th** day of January, 2000.

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070
Fort Lauderdale, FL  33302-4070
(954) 525-1000
(954) 463-2030 - fax

By: _____
Thomas H. Loffredo
Florida Bar No. 870323
Eric K. Gabrielle
Florida Bar No. 160725

FTL1-349097.1

2