UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY'S SHOES OF NEW JERSEY, INC.,

    Defendant.

_____/



### DEFENDANT'S NOTICE OF FILING AFFIDAVIT OF JOHN ADAMS

Defendant Marty Shoes of New Jersey, Inc. (named in the Complaint as "Marty's Shoes of New Jersey, Inc."), through undersigned counsel, gives notice of filing the original Affidavit of John Adams, attached hereto at Tab 1, in support of its Motion and Memorandum of Law to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction.

    HOLLAND & KNIGHT LLP
    Attorneys for Defendant
    One East Broward Boulevard, Suite 1300
    Post Office Box 14070
    Fort Lauderdale, Florida 33302-4070
    (954) 525-1000
    (954) 463-2030 - facsimile
    email: tloffred@hklaw.com; egabriel@hklaw.com

    By: _____
    Thomas H. Loffredo
    Florida Bar No. 870323
    Eric K. Gabrielle
    Florida Bar No. 160725

Defendant's Notice of Filing Affidavit
Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by United States mail to Stewart Lee Karlin, Esq., Attorney for Plaintiff, 400 Southeast 8th Street, Fort Lauderdale, Florida 33316, this **18th** day of January, 2000.

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000
(954) 463-2030 - facsimile

By: _____
Thomas H. Loffredo
Florida Bar No. 870323
Eric K. Gabrielle
Florida Bar No. 160725




RECYCLED PAPER

## AFFIDAVIT OF JOHN ADAMS

Before me, the undersigned authority, personally appeared John Adams, who, after being duly sworn, deposes and says:

1. I am the President and Chief Executive Officer of Marty Shoes of New Jersey, Inc. I am authorized to make this affidavit on behalf of Marty Shoes of New Jersey, Inc. I make this affidavit based upon personal knowledge and the business books and records of Marty Shoes of New Jersey, Inc. Those books and records were made at or near the time by, or from information transmitted by, a person with knowledge, and are recorded and kept as a regular practice of the business activities of Marty Shoes of New Jersey, Inc.

2. Marty Shoes of New Jersey, Inc. is a New Jersey corporation with its principal place of business in North Secaucus, New Jersey.

3. Marty Shoes of New Jersey, Inc. is not registered with the Secretary of State of Florida to do business in Florida.

4. Marty Shoes of New Jersey, Inc., does not conduct any business in the State of Florida.

5. Marty Shoes of New Jersey, Inc., has no business office in the State of Florida.

6. Marty Shoes of New Jersey, Inc., does not own or lease any real property in the State of Florida.

7. Marty Shoes of New Jersey, Inc., does not maintain any depository or bank accounts in the State of Florida.

8. Marty Shoes of New Jersey, Inc., employs no business agents in Florida.

9. Marty Shoes of New Jersey, Inc., maintains no mailing address or telephone listing in Florida.

10. Marty Shoes of New Jersey, Inc,. did not at any time employ Denise Brookins.

11. Marty Shoes of New Jersey, Inc. has not executed any contracts in Florida.

12. Marty Shoes of New Jersey, Inc. did not and does not own or manage the retail shoe store where Denise Brookins was formerly employed. The retail shoe store where Denise Brookins was formerly employed is managed by a corporation named Marty Shoes, Inc. Marty Shoes, Inc. has a separate corporate identity from Marty Shoes of New Jersey, Inc.. With respect to Marty Shoes, Inc., and Marty Shoes of New Jersey, Inc., all corporate formalities are followed.

FURTHER AFFIANT SAYETH NOT.

Marty Shoes of New Jersey, Inc.

By: _____
John Adams, President and CEO

## ACKNOWLEDGEMENT

STATE OF NEW JERSEY  )
                     :ss.
COUNTY OF HUDSON     )

The foregoing instrument was acknowledged before me this 13$^{7th}$ day of January, 2000, by JOHN ADAMS, who is personally known to me or has produced HIMSELF as identification.

_____
Notary Public
Name of Notary Printed: ROZIER T. PANGILINAN

My commission expires: SEPT 6, 2001                    (NOTARY SEAL)

My commission number is: 2092632