# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT __FLORIDA__

DENISE BROOKINS,

        Plaintiff,

v.

MARTY SHOES, INC.,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

Case No.: 00-6002-CIV-UNGARO-BENAGES

**NIGHT BOX FILED**

CLARENCE MADDOX
CLERK, USDC/SDFL

To: (Name and Address of Defendant)

**Register Agent for MARTY SHOES, INC.:
The Corporation Trust Company
820 Bear Tavern Road
Trenton, New Jersey 08628**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney (name and address)

    Stewart Lee Karlin, Esq.
    Attorney At Law
    400 S.E. 8 Street
    Fort Lauderdale, Florida 33316
    (954) 462-1201

an answer to the compliant in which is herewith served upon you, within __Twenty    (20) days__ after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

FEB 3 2000

DATE