

**NIGHT BOX FILED**

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

Case No.: 00-6002-CIV
UNGARO-BENAGES

Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

Defendant.
_____/

## PLAINTIFF'S UNOPPOSED
## MOTION FOR AN EXTENSION OF TIME

Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, and respectfully moves the Court to enlarge the time within which she may file opposition papers to defendant's motion and memorandum of law to dismiss complaint and in support thereof would state as follows:

1. Under the applicable local rules, plaintiff must serve and file his opposition papers no later than February 4, 2000. Plaintiff is seeking an extension to February 11, 2000.

2. Plaintiff's attorney is a sole practitioner and due to a confluence of scheduling conflicts in the last couple weeks, it is very difficult to file a timely response. For example, plaintiff had been in numerous depositions, mediations and hearings for the past two weeks and preparation for an extensive arbitration in the matter of Nicolas Arena v. Tenet Hospitals, Case No.: 71-160-00489-98 scheduled for February 9, and 10, 2000 and a trial in Omar Osahar v. U.S. Postal Services, Case No.: 95-0753-CIV-LENARD.

3. This extension will not effect any other deadline and the defendant will not be prejudiced by this very short extension.

4.  Plaintiff has contacted the attorney for the defendant and she has agreed to the instant motion.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.

Dated: Fort Lauderdale, Florida
       February 3, 2000

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.: 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to: Thomas H. Loffredo, Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida 33302, on this 3rd day of February, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201