UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

          Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

          Defendant.
_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

### ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including February 11, 2000, within which to serve and file an answer to defendant's motion and memorandum of law to dismiss complaint.

DONE AND ORDERED in Chambers in Dade County, Florida this 4 day of February, 2000.

                                                  Ursula Ungaro-Benages
                                                  U.S. District Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Thomas H. Loffredo, Esq.