

NIGHT BOX
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DENISE BROOKINS,

Case No.: 00-6002-CIV
UNGARO-BENAGES

Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

Defendant.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, herein submits this response to defendant's motion to dismiss.

1. Defendant has moved to dismiss Marty Shoes of New Jersey Inc. because plaintiff was actually employed by a companion corporation despite the fact that they apparently share the same exact corporate offices and upon information and belief the same corporate officers.

2. As a result, plaintiff pursuant to Rule 15 (a) has amended the complaint to reflect the correct name of the corporation, Marty Shoes Inc., and has had a new summons issued upon that corporation which is in the process of being served.

3. Thus, defendant's motion to dismiss for lack of personal jurisdiction is moot since the caption has been corrected to reflect the correct party and thus respectfully request that the motion to dismiss be denied as moot.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be denied as moot.



Dated: Fort Lauderdale, Florida
February 11, 2000

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.: 961159

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to:

Thomas H. Loffredo, Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O. Box 14070 Fort Lauderdale, Florida 33302, on this 11th day of February, 2000.

_____
STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201

EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

    Plaintiff,

v.

MARTY SHOES, INC.,

    Defendant.
_____/

CASE NO.: 00-6002-CIV-UNGARO-BENAGES

AMENDED COMPLAINT
AND JURY DEMAND

Plaintiff, DENISE BROOKINS, (hereinafter "plaintiff") by and through her undersigned counsel, sues the defendant, MARTYS SHOES, INC., and (hereinafter "defendant"), and in support thereof, alleges as follows:

## COUNT I

1. This is an action for damages in an amount in excess of Fifteen Thousand ($15,000.00) Dollars.

2. This action seeks declaratory, injunctive and equitable relief; liquidated, compensatory and punitive damages; and costs and attorney's fees for race and discrimination and retaliation suffered by plaintiff BROOKINS by defendant discharing her from her employment.

3. This action arises under 42 U.S.C. 1981 and jurisdiction is invoked pursuant to 42 U.S.C. 1343 and 1344. This Court has concurrent jurisdiction over 1981 claims. Venue is proper in that all the parties reside in Broward County and that the conduct complained of occurred within Broward County.

4. The relevant acts complained of herein occurred within Broward County, Florida.

5. Upon information and belief, at all times hereinafter mentioned, defendant is a

corporation duly organized to do business in te State of Florida and conducts a significant amount of business in the State of Florida. Defendant is an employer within the meaning of FS 760.02 (7) in that it employees over 15 individuals.

6. Plaintiff, DENISE BROOKINS (plaintiff or BROOKINS) is an African-American and was an employee of defendant.

7. Plaintiff believes that she has been subjected to different terms, conditions and privileges of employment by reason of her race, color and retaliation which caused her termination to wit;

    a. terminated for conduct that similarly situated Caucasian employees were not even disciplined for;

    b. terminated for pre-textual reasons;

    c. biased counseling;

    d. steadily reduced her hours of employment for no apparent reason;

    e. uttered derogatory remarks at her;

    f. other discriminatory conduct

    g. As a result of the foregoing conduct by defendant, plaintiff complained about the racial discrimination at the store in the Sawgrass Mall by her manager (Polish-Caucasian).

8. However, no investigation was done and he further retaliated against plaintiff which also caused her termination.

9. Based upon the foregoing, plaintiff was denied equal terms, privileges and conditions of employment which caused her termination by reason of her race and retaliation.

10. As a result of the foregoing conduct by defendant, plaintiff lost wages, salary, suffered, pain and suffering, and employment benefits in excess of fifteen thousand dollars

2

($15,000.00).

11. That it has been necessary for plaintiff to engage the services of an attorney to file and prosecute this action, and thus also request attorney's fees.

12. Plaintiff has the right to equal contractual benefits as is enjoyed by Caucasian citizens. This right is secured to plaintiff by section 1981 of Title 42 of the United States Code.

13. Defendants denied plaintiff a contractual benefit (continued employment) for the sole reason that plaintiff is black and retaliation.

14. This refusal deprives plaintiff of her right to make and enforce contracts and receive the full and equal benefit of all laws and proceedings for the security of persons and property, as guaranteed by Section 1981 of Title 42 of the United States Code.

WHEREFORE, plaintiff demands judgment in her favor and against the defendant as follows;

1. That the Court find and declare that she has suffered from acts of discrimination at the hands of the defendant, its agents, servants and employees;

2. That plaintiff be awarded back wages, together with related monetary benefits, had she not been unlawfully terminated;

3. That the Court order such further equitable and injunctive relief as it deems appropriate and necessary to correct the conditions of discrimination complained of herein including
re-hiring plaintiff.

4. That defendant pay plaintiff's costs of this suit, together with a reasonable attorney's fees.

5. That defendant pay plaintiff for general damages for pain and suffering and

3

humiliation and special damages incurred as a result of defendant's conduct, and punitive damages t be determined at the time of trial.

    6.    Any other relief that is just and equitable.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a trial by jury on all issues so triable as a matter of right.

Dated: Fort Lauderdale, Florida
       February 3, 2000

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 S.E. 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201

Florida Bar No.: 961159

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to: Thomas H. Loffredo, Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida 33302, on this 3rd day of February, 2000.

_____
STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201

4

AO 440 (Rev. 11/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT _____FLORIDA_____

DENISE BROOKINS,

      Plaintiff,

v.

MARTY SHOES, INC.,

      Defendant.

**SUMMONS IN A CIVIL ACTION**

Case No.: 99-6002-CIV-UNGARO-BENAGES

To:   (Name and Address of Defendant)
**Register Agent for MARTY SHOES, INC.:
The Corporation Trust Company
820 Bear Tavern Road
Trenton, New Jersey 08628**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney (name and address)

   **Stewart Lee Karlin, Esq.
   Attorney At Law
   400 S.E. 8 Street
   Fort Lauderdale, Florida 33316
   (954) 462-1201**

an answer to the compliant in which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK                                            DATE

BY DEPUTY CLERK