FILED by CS D.C.
FEB 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ~~99~~ 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
    Plaintiff,

vs.

MARTY'S SHOES OF NEW JERSEY, INC.,
    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, filed January 19, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises it is

ORDERED AND ADJUDGED that the above Motion is hereby DENIED AS MOOT in light of Plaintiff's filing of an Amended Complaint naming Marty's Shoes, Inc. as the only named Defendant in the above-styled cause. It is further

ORDERED AND ADJUDGED that Marty's Shoes of New Jersey, Inc. is DISMISSED WITH PREJUDICE from this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of February, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

