UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION BY VIDEOTAPE

**YOU ARE HEREBY NOTIFIED** that, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant **Marty Shoes, Inc.** will take the deposition by oral examination for purposes of discovery and for use as evidence in this cause, or both, of the **Plaintiff Denise Brookins**, beginning at **10:00 a.m.** on **Wednesday, August 23, 2000**, at the offices of Holland & Knight LLP, One East Broward Boulevard, Thirteenth Floor, Fort Lauderdale, Florida, 33301. The deposition will be recorded by stenographic means and will be audio-taped and video-taped. The deposition shall continue from day to day until completed.

            HOLLAND & KNIGHT LLP
            Attorneys for Defendant
            One East Broward Boulevard, Suite 1300
            Post Office Box 14070
            Fort Lauderdale, Florida 33302-4070
            (954) 525-1000
            (954) 463-2030 - facsimile

By: _____
            Thomas H. Loffredo
            Florida Bar No. 870323
            Eric K. Gabrielle
            Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by **facsimile (954) 462-3151** and United States mail to Stewart Lee Karlin, Esq., Attorney for Plaintiff, 400 Southeast 8th Street, Fort Lauderdale, Florida 33316, this **3rd** day of August, 2000.

        HOLLAND & KNIGHT LLP
        Attorneys for Defendant

        By: _____
        Thomas H. Loffredo
        Florida Bar No. 870323
        Eric K. Gabrielle
        Florida Bar No. 160725