UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff

v.

MARTY SHOES, INC.,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF TAKING DEPOSITION BY VIDEOTAPE

**YOU ARE HEREBY NOTIFIED** that, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Marty Shoes, Inc. will take the continuation of the deposition by oral examination for purposes of discovery and for use as evidence in this cause, or both, of the Plaintiff **Denise Brookins** beginning at **10:00 a.m.** on **Tuesday, September 26, 2000**, at the offices of Holland & Knight LLP, One East Broward Boulevard, Thirteenth Floor, Fort Lauderdale, Florida 33301.  The deposition shall be recorded by stenographic means and will be audio-taped and video-taped.  The deposition shall continue from

day to day until completed.

          **HOLLAND & KNIGHT LLP**
          Attorneys for Defendant
          One East Broward Boulevard, Suite 1300
          Post Office Box 14070 (33302-4070)
          Fort Lauderdale, Florida 33301
          (954) 525-1000
          (954) 463-2030 – fax
          email: egabriel@hklaw.com

By: _____
          Thomas H. Loffredo. for the firm.
          Florida Bar No. 870323
          Eric K. Gabrielle, for the firm.
          Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and United States mail to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida 33316, this 8th day of September, 2000.

>HOLLAND & KNIGHT LLP
>Attorneys for Defendant
>One East Broward Boulevard
>Suite 1300
>Post Office Box 14070
>Fort Lauderdale, Florida 33302-4070
>(954) 525-1000
>(954) 463-2030 – fax
>
>By: _____
>Thomas H. Loffredo, for the Firm.
>Florida Bar No. 870323
>Eric K. Gabrielle, for the Firm.
>Florida Bar No. 160725

Cc:   Esquire Deposition Services