UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/

## DEFENDANT'S RULE 16.1 DISCLOSURE

Defendant, Marty Shoes, Inc., hereby notices service of the following disclosure required by Local Rule 16.1(B):

**Documents** [1]

| Bates Stamp Number Range | Document Description |
|---|---|
| LMAA 00001 | 08/28/2000 letter to Holland & Knight LLP from Jacquie L. Elfers, Human Resource Manager |
| LMAA 00002 – LMAA 00004 | 08/25/2000 Subpoena Duces Tecum to Records Custodian – Lauderdale/Miami Auto Auction |
| LMAA 00005 | 06/06/2000 Personnel/Payroll Action Form re plaintiff |
| LMAA 00006 – LMAA 00007 | 06/20/2000 Enrollment/Change Form re plaintiff |
| LMAA 00008 | 10/28/1999 Form W-4 (1999) Employee's Withholding Allowance Certificate re plaintiff |
| LMAA 00009 – LMAA 00011 | 12/03/1999 First Union Direct Deposit Request Form and Deposit ticket re plaintiff; 12/14/1999 First Union envelope; and 12/13/1999 letter to Payroll Manager, Lauderdale Miami Auto Auction from G. Joseph White, Jr., Project Manager for First |

---

[1]     The documents are available for inspection and/or copying at Holland & Knight LLP, One East Broward Boulevard, Thirteenth Floor, Fort Lauderdale, Florida 33301.

1

| Bates Stamp Number Range | Document Description |
|---|---|
|  | Union National Bank, Automatic Deposit Enrollment Processing |
| LMAA 00012 | 05/25/2000 ADT Automotive Payroll Deduction Authorization for Health Benefits signed by plaintiff |
| LMAA 00013 – LMAA 00014 | 01/19/2000 ADT Automotive, Inc. Smart Money 401(k) Investment Plan re plaintiff |
| LMAA 00015 – LMAA 00016 | 06/05/2000 ADT Automotive Employee Corrective Action Form re plaintiff |
| LMAA 00017 – LMAA 00019 | 06/01/2000 Lauderdale-Miami Auto Auction Investigation Report to Files from Security Director, Jonas C. Jacobs re Sexual Harassment Investigation of plaintiff; and attached 06/01/2000 memo to Jonas C. Jacobs from Denise Brookins |
| LMAA 00020 – LMAA 00025 | 05/24/2000 Lauderdale-Miami Auto Auction Security Incident Report reported by Oulivio Benjamin re plaintiff |
| LMAA 00026 | 03/15/2000 Lauderdale-Miami Auto Auction Investigation Report to Files from Security Director Jonas C. Jacobs re Harassment Complaint of Shirley Dore |
| LMAA 00027 – LMAA 00028 | 03/07/2000 Lauderdale-Miami Auto Auction Security Incident Report reported by Shirley Dore re plaintiff |
| LMAA 00029 – LMAA 00030 | 03/20/2000 ADT Automotive Employee Corrective Action Form re plaintiff |
| LMAA 00031 – LMAA 00032 | 04/19/2000 ADT Automotive Employee Corrective Action Form re plaintiff |
| LMAA 00033 – LMAA 00034 | 04/06/2000 ADT Automotive Employee Corrective Action Form re plaintiff |
| LMAA 00035 – LMAA 00038 | 04/06/2000 Lauderdale-Miami Auto Auction Security Incident Report reported by Miguel re plaintiff |
| LMAA 00039 – LMAA 00044 | 05/24/2000 Lauderdale-Miami Auto Auction Security Incident Report reported by Oulivio Benjamin re plaintiff |
| LMAA 00045 – LMAA 00046 | 05/25/2000 ADT Automotive Enrollment/Change Form re plaintiff |
| LMAA 00047 – LMAA 00048 | 01/19/2000 ADT Automotive Enrollment/Change Form re plaintiff |
| LMAA 00049 | Undated Voluntary Term Life Insurance Application Life Insurance Company of North America signed by plaintiff |

| Bates Stamp Number Range | Document Description |
|---|---|
| LMAA 00050 | 10/29/1999 ADT Automotive Personnel/Payroll Action Form re plaintiff |
| LMAA 00051 – LMAA 00052 | Plaintiff's ADT Automotive Application for Employment dated 10/04/1999 |
| LMAA 00053 | 10/28/1999 Acknowledgment and Receipt for Employee Handbook signed by plaintiff |
| LMAA 00054 | 10/04/1999 ADT Automotive Job Applicant Drug Testing Policy Statement signed by plaintiff |
| LMAA 00055 | 10/28/1999 ADT Automotive/ADT Lauderdale-Miami Auto Auction Acknowledgment and Receipt of Employee Job Description signed by plaintiff |
| LMAA 00056 | 10/28/1999 ADT Automotive/ADT Lauderdale-Miami Auto Auction Acknowledgment and Receipt of Tyco Standards of Conduct signed by plaintiff |
| LMAA 00057 | 10/28/1999 Acknowledgement Form, Revised Sexual Harassment Policy, signed by plaintiff |
| LMAA 00058 | Undated Handwritten note re plaintiff's name, social security and address and phone numbers |
| LMAA 00059 – LMAA 00060 | 10/29/1999 ADT Automotive New Hire Form re plaintiff |
| LMAA 00061 | 10/27/1999 ADT Automotive, Inc. Employment Inquiry Form re plaintiff |
| LMAA 00062 – LMAA 00063 | 01/17/1999 AMSI Driver Record Service Report for Florida re plaintiff |
| LMAA 00064 | 10/29/1999 Toxicology Report to Lauderdale-Miami Auto Auction from LabOne, Inc. re plaintiff |
| WM 00001 – WM 00002 | Plaintiff's Westrec Marinas Application for Employment dated 06/15/2000 |
| WM 00003 | 07/12/2000 Personnel Status Form re plaintiff |
| WM 00004 | 07/12/2000 U.S. Department of Justice Immigration and Naturalization Service,– Employment Eligibility Verification, re plaintiff |
| WM 00005 | Copy of plaintiff's Florida Drivers License, Social Security Card and Florida Department of State, Division of Licensing Acknowledgment Card |

| Bates Stamp Number Range | Document Description |
|---|---|
| WM 00006 | 12/17/1999 Copy of plaintiff's American Red Cross (Adult, Infant and Child) CPR Card and American Red Cross Community First Aid and Safety Card |
| WM 00007 – WM 00008 | 07/12/2000 Westrec Marinas Fidelity Bond Application re plaintiff |
| WM 00009 | 07/12/2000 Form W-4 (2000) Employee Withholding Allowance Certificate re plaintiff |
| WM 00010 | 07/12/2000 The TPA Enrollment/Change Form re plaintiff |
| WM 00011 | 07/12/2000 Employee Handbook Receipt signed by plaintiff |
| WM 00012 | 07/12/2000 Fax-In NewHire/Re-Hire to Corp. Personnel from Harbour Towne Marina re plaintiff |
| TTS 00001 – TTS 00003 | 08/25/2000 Subpoena Duces Tecum to Records Custodian – Tandem Temporary Services |
| TTS 00004 | Employee Payroll History Report re plaintiff |
| TTS 00005 | 04/27/1999 Computer printout re plaintiff |
| TTS 00006 – TTS 00007 | 1999 Form W-2 Wage and Tax Statement re plaintiff |
| SBS 00001 | 09/15/2000 Letter from Sue Clement, Employee Relations Supervisor (Custodian of Records) to Holland & Knight |
| SBS 00002 – SBS 00004 | 09/07/2000 Subpoena Duces Tecum to Records Custodian – Sally Beauty Supply |
| SBS 00005 | 06/26/1997 Sally Beauty Company Personnel Action Form (P-1) Action: Termination re plaintiff |
| SBS 00006 | 08/05/1996 Sally Beauty Company Personnel Action Form (P-1) Action: New Hire re plaintiff |
| SBS 00007 – SBS 00008 | 06/19/1997 Record of Corrective Action re plaintiff |
| SBS 00009 | 06/04/1997 Record of Corrective Action re plaintiff |
| SBS 00010 | 05/05/1997 Record of Corrective Action re plaintiff |
| SBS 00011 | 04/09/1997 Record of Corrective Action re plaintiff |
| SBS 00012 | 03/24/1997 Record of Corrective Action re plaintiff |

| Bates Stamp Number Range | Document Description |
|---|---|
| SBS 00013 | 03/11/1997 Record of Corrective Action re plaintiff |
| SBS 00014 | 11/07/1996 Record of Corrective Action re plaintiff |
| SBS 00015 | 12/03/1996 Sally Beauty Company Confidential Personnel/Payroll Change Order re plaintiff |
| SBS 00016 | 12/14/1996 Chemical Product Safety Employee Acknowledgement (Not applicable for Home Office Employee signed by plaintiff and 08/03/1996 Employee Handbook Acknowledgement Job Description Acknowledgement signed by plaintiff |
| SBS 00017 | 08/03/1996 Form W-4 (1995) signed by plaintiff |
| SBS 00018 – SBS 00019 | 02/19/1997 Sally Beauty Company Performance Appraisal for Retail Hourly Employees re plaintiff |
| SBS 00020 – SBS 00021 | 07/26/1996 Sally Beauty Company Application for Employment re plaintiff |
| SBS 00022 – SBS 00028 | 01/01/1996 – 12/31/1997 Sally Beauty Company Payment Detail Listing re plaintiff |

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard
Thirteenth Floor
Post Office Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 – fax
e-mail: tloffred@hklaw.com
e-mail: egabriel@hklaw.com

By: _____
Thomas H. Loffredo
Florida Bar No. 870323
Eric K. Gabrielle
Florida Bar No. 160725

5

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via **U.S. mail** to Stewart Lee Karlin, Esquire, Attorney for Plaintiff, 400 S.E. 8th Street, Ft. Lauderdale, Florida 33316, this 25th day of September, 2000.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
> One East Broward Boulevard
> Thirteenth Floor
> Post Office Box 14070
> Fort Lauderdale, FL 33302-4070
> (954) 525-1000
> (954) 463-2030 – fax
> e-mail: tloffred@hklaw.com
> e-mail: egabriel@hklaw.com
>
> By: _____
> Thomas H. Loffredo
> Florida Bar No. 870323
> Eric K. Gabrielle
> Florida Bar No. 160725

55678-1
FTL1 #507258 v1