UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS

    Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

MARTY'S SHOES

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 10/30/2000 Monday 2:00 P.M.* |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Salvatore V. Fiore, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*4 HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-42847

PAGE 2.

```
CASE NO.         : 00-6002-CIV-UNGARO-BENAGES
FMG FILE NO.     : 0-42847
PLAINTIFF        : BROOKINS
```

Copies on October 26, 2000 to:

Stewart Lee Karlin, Esq.
Law Office Stewart Lee Karlin
400 SE Eighth Street
Ft. Lauderdale   FL   33316
954-462-1201 Fax 1-954-462-3151



Eric K. Gabrielle, Esq.
Holland & Knight
P.O. Box 14070
Ft. Lauderdale   FL   33302-4070
954-525-1000 Fax 1-954-463-2030