UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff

v.

MARTY SHOES, INC.,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING DECLARATION OF STANLEY DZIOBA

Defendant Marty Shoes, Inc., gives notice of the filing of the original Declaration of Stanley Dzioba, attached hereto at Tab 1, in support of Defendant's Motion and Memorandum of Law for Summary Judgment.

    Respectfully submitted,

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070 (33302-4070)
Fort Lauderdale, Florida 33301
(954) 525-1000
(954) 463-2030 – fax
email: egabriel@hklaw.com

By: _____
    Thomas H. Loffredo, for the firm.
    Florida Bar No. 870323
    Eric K. Gabrielle, for the firm.
    Florida Bar No. 160725

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by **hand delivery** to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida 33316, this **3rd** day of November, 2000.

                               HOLLAND & KNIGHT LLP
                               Attorneys for Defendant
                               One East Broward Boulevard
                               Suite 1300
                               Post Office Box 14070
                               Fort Lauderdale, Florida 33302-4070
                               (954) 525-1000
                               (954) 463-2030 – fax

By: _____
                               Thomas H. Loffredo, for the Firm.
                               Florida Bar No. 870323
                               Eric K. Gabrielle, for the Firm.
                               Florida Bar No. 160725

FTL1 #515701 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

v.

MARTY SHOES, INC.,

    Defendant.
_____/

## DECLARATION OF STANLEY DZIOBA

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. My name is Stanley Dzioba. I am employed by Marty Shoes, Inc. ("Marty Shoes"), as a Regional Manager. I am over the age of eighteen.

2. I am one of three Regional Managers presently employed by Marty Shoes. I am originally from Poland. One of the other two Regional Managers is originally from India. In 1996, I was employed by Marty Shoes as a District Manager for the district which included the Marty's Shoes store in the Sawgrass Mills Mall located in Sunrise, Florida. The company currently employs six District Managers, two of whom are originally from Korea, and one of whom is black.

3. I know Roma Rybitwa. In early 1996, while I was District Manager for the district which included the Sawgrass Mills Mall Marty's Shoes store, Roma was promoted to Store Manager of that store. Roma was originally from Poland, as I am. On most occasions when Roma and I spoke, we did so in Polish. However, I heard Roma speak to others in English many times. Roma seemed less conversational and comfortable when speaking English.

4. I know Denise Brookins, and knew her during her employment as a shoe salesperson in the Sawgrass Mills Mall Marty's Shoes store. Denise's employment with Marty Shoes ended in late June of 1996.

5. In June of 1996, I traveled from my home in New Jersey to the Sawgrass Mills Marty's Shoes store to talk with Roma and Denise about a written complaint Denise. After speaking with both of them, I concluded that Roma and Denise had serious problems getting along with each other and spoke with Denise about changing her behavior. I did not find any reason to believe that any of the problems between Roma and Denise were because Denise was black. At the time Denise was employed by Marty Shoes, there were employees of multiple backgrounds, including Asian and Hispanic working at the same store as Denise.

6. Throughout the last few months of Denise's employment, Roma spoke to me over and over about problems she told me she was having working with Denise. Roma described conflicts and arguments she had with Denise about Denise not following Roma's instructions on the job as well as Denise's use of foul language with Roma.

7. The conduct Roma described to me is a violation of the expectations Marty Shoes has for its employees. The company expects that its employees with cooperate with and respect supervisors and managers and will maintain a sense of teamwork and professional behavior on the job.

8. My advice to Roma was to fire Denise, but Roma told me that she was afraid to do so as a result of the continued confrontations she was having with Denise. Sometime during the last weeks before Denise's employment ended, Roma told me that she had scheduled Denise to work during hours when she (Roma) was not working at the store, because she was afraid of what Denise would do to her if she was fired.

9. At the end of June of 1996, Roma asked me to let Denise know her employment with Marty's Shoes was over while she (Roma) was away on vacation in Poland.

I declare under penalty of perjury that the above is true and correct.

Executed this 2 day of November 2000.

Stanley Dzioba