D.C.

12: 29

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

      Plaintiff

v.

MARTY SHOES, INC.,

      Defendant.

_____/

### DEFENDANT'S NOTICE OF FILING PLAINTIFF'S DEPOSITION TRANSCRIPT

Defendant Marty Shoes, Inc., gives notice of the filing of volumes I and II of the original Deposition Transcript of Plaintiff Denise Brookins, in support of Defendant's Motion and Memorandum of Law for Summary Judgment.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070 (33302-4070)
Fort Lauderdale, Florida 33301
(954) 525-1000
(954) 463-2030 – fax
email egabriel@hklaw.com

By:_____
    Thomas H. Loffredo, for the firm.
    Florida Bar No. 870323
    Eric K. Gabrielle, for the firm.
    Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by **hand delivery** (without attachment) to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida 33316, this **3rd** day of November, 2000.

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard
Suite 1300
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000
(954) 463-2030 – fax

By: _____
Thomas H. Loffredo, for the Firm.
Florida Bar No. 870323
Eric K. Gabrielle, for the Firm.
Florida Bar No. 160725

FTL1 #515701 v1

2