```
                        IN THE CIRCUIT COURT OF THE
                         JUDICIAL CIRCUIT IN AND
                        FOR DADE COUNTY, FLORIDA
                        CASE NO.  : 00-6002-CIV-UNGARO-BENAGES
                        JUDGE     : URSULA UNGARO-BENAGES
                        TRIAL DATE: 01/2001
```

DENISE BROOKINS

    Plaintiff(s),

vs.                                    **MEDIATORS REPORT**

MARTY'S SHOES

    Defendant(s).



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Salvatore V. Fiore, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 10-30-2000 14:00.

\_\_\_\_    AN AGREEMENT WAS REACHED.

\_\_\_\_    Mediation Agreement attached, with the parties consent.

  X     No Agreement was reached; Impasse.

\_\_\_\_    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before \_\_\_/\_\_\_/\_\_\_, this matter shall be considered at an Impasse.

\_\_\_\_    A Post-Mediation Settlement was reached, as per information received on \_\_\_/\_\_\_/\_\_\_, from _____.

\_\_\_\_    Other:_____.

Certified Mediator, FLORIDA MEDIATION GROUP - FMG# 0-42847

( )
28 W. Flagler St.                    800 E. Broward Blvd.
10th Floor                           Suite 400
Miami, FL. 33130                     Ft. Lauderdale, FL. 33301
(305) 579-9990                       (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties (if unrepresented)
11/8 2000
medrept.cir