## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

      **Plaintiff,**

vs.

MARTY SHOES, INC.,

      **Defendant.**

_____/



### DEFENDANT'S  SUPPLEMENTAL RULE 16.1 DISCLOSURE

Defendant, Marty Shoes, Inc., hereby notices service of the following

disclosure required by Local Rule 16.1(B):

## Documents [1]

| | |
|---|---|
| WM 00013 – 00014 | Subpoena Duces Tecum to Records Custodian, Harbortown Marina |
| WM 00015 | 07/12/2000 Personnel Status Form re plaintiff |
| WM 00016 | 07/14/2000 Fax-In New Hire/Re-Hire to Corp. Personnel from Harbour Towne Marina re plaintiff |
| WM 00017 | 07/12/2000 Form W-4 (2000) Employee Withholding Allowance Certificate re plaintiff |
| WM 00018 – WM 00019 | Plaintiff's Westrec Marinas Application for Employment dated 06/15/2000 |
| WM 00020 – WM 00021 | 07/12/2000 Westrec Marinas Fidelity Bond Application re plaintiff |
| WM 00022 | 12/17/1999 Copy of plaintiff's American Red Cross (Adult, Infant and Child) CPR Card and American Red Cross Community First Aid and Safety Card |
| WM 00023 | 07/12/2000 Employee Handbook Receipt |

---

[1]    The documents are available for inspection and/or copying at Holland & Knight LLP, One East Broward Boulevard, Thirteenth Floor, Fort Lauderdale, Florida 33301.

| | |
|---|---|
| | signed by plaintiff |
| BCC 00001 | 09/25/2000 Letter from Robert G. Cabello, Vice President for Student Affairs, Custodian of Records for Broward Community College, to Holland & Knight |
| BCC 00002 – BCC 00003 | 09/11/2000 Permanent Academic Credit Record from Broward Community College to plaintiff |
| BCC 00004 – BCC 00007 | 12/07/1994 Broward Community College Application for Admission signed by plaintiff |
| BCC 00008 | 01/09/1995 Memorandum from Mary Ann Asiamigbe, Receptionist, Student Affairs, to Instructors of Elaine Brookins |
| BCC 00009 | 01/12/1995 Memorandum from Stan Mitchell to Phyllis Luck, Dr. Rose and Dr. Grasso |
| BCC 00010 | 07/06/1995 Broward Community College Student Disruption/Discipline Report from Mrs. Luck to Dean of Student, Vice President of Student Affairs, Security and Originator |
| BCC 00011 | 07/07/1995 Handwritten notes re plaintiff |
| BCC 00012 | 01/12/1995 Memorandum from Stan Mitchell to Phyllis Luck, Dr. Rose and Dr. Grasso re plaintiff |
| BCC 00013 – BCC 00014 | 08/10/1995 Office of Disability Service/Student Intake Form signed by plaintiff and Linda Martin, Disability Services Advisor/Coordinator |
| BCC 00015 | 06/14/1993 Medication Information Sheet – Anti-anxiety form signed by plaintiff |
| BCC 00016 | 06/16/1993 Henderson Mental Health Center Addendum to Individual Treatment Plan re plaintiff |
| BCC 00017 | 03/22/1993 Letter from Joseph Smith, D.C. to Constitution State Services Co., Martin Hoffman, P.A. and plaintiff |
| BCC 00018 | 08/15/1994 Letter from Joseph Smith, D.C. to Susan M. Tillman, Esq. re plaintiff |
| BCC 00019 | 02/05/1993, 02/17/1993 and 03/05/1993 Office Notes of Dr. Howard A. May, Chiropractic Physician, re plaintiff |
| BCC 00020 | 01/03/1993 Letter from Dr. Steven Dolberg |

| | |
|---|---|
| | To Whom It May Concern re plaintiff |
| BCC 00021 | 07/14/1992 MRI of the Lumbar Spine report from Randy Greenhouse, M.D., West Broward Magnetic Resonance Imaging Center re plaintiff |
| BCC 00022 | 10/09/1992 Letter from Joseph Smith, D.C. and Alva B. Scragg, D.C. To Whom It May Concern re plaintiff |
| BCC 00023 | 01/08/1993 Letter from Joseph Smith, D.C. to Ms. Geardano, Constitution State Service Co. re plaintiff |
| BCC 00024 | 03/04/1994 Henderson Mental Health Center Psychiatric Service Request (A 1b) re plaintiff |
| BCC 00025 | 07/14/1992 MRI of the Lumbar Spine report from Randy Greenhouse, M.D., West Broward Magnetic Resonance Imaging Center re plaintiff |
| BCC 00026 | 05/27/1993 Patient Information Request from Eduardo Velandia to Henderson Mental Health Center re plaintiff |
| BCC 00027 | 11/07/1995 Broward Community College Registration Slip for plaintiff |
| BCC 00028 | Undated Math Placement Test/Self Assessment re plaintiff |
| BCC 00029 – BCC 00030 | 01/04/1995 (3) Scantron Form No. 882-ES Answer Sheet for Math, English and Reading re plaintiff |
| BCC 00031 | 01/04/1995 Broward Community College Registration Slip and 01/03/1994 Broward Community College Central Campus Individual Testing Appointment Form re plaintiff |
| BCC 00032 | 06/27/1996 and 01/05/1998 Broward Community College Registration Slip re plaintiff |
| BCC 00033 | 08/11/1997 and 06/20/1996 Broward Community College Registration Slip re plaintiff |
| BCC 00034 | 07/21/1995 and 07/18/1995 Broward Community College Registration Slip re plaintiff |
| BCC 00035 | Undated transcript from Broward Community College transcript to plaintiff |

| | |
|---|---|
| | for 1994 through 1996 |
| BCC 00036 – BCC 00037 | 3/1994 Broward Community College Criminal Justice Criminology Suggested Program for Associate in Arts Degree (A.A.) Program Sheet #0650 |
| BCC 00038 | 1997 – 1998 Academic Year Broward Community College Activity Log re plaintiff |
| BCC 00039 – BCC 00040 | 09/24/1997 transcript from Broward Community College to plaintiff |
| BCC 00041 | 1997 – 1998 Academic Year Broward Community College - Student Financial Services Control Sheet re plaintiff |
| BCC 00042 | 06/18/1998 Financial Assistance Award letter from Broward Community College - Office of Financial Services and Veterans Affairs to plaintiff |
| BCC 00043 | 10/23/1997 Financial Assistance Award letter from Broward Community College - Office of Financial Services and Veterans Affairs to plaintiff |
| BCC 00044 – BCC 00047 | 06/26/1997 Institutional Student Information Record for 1997 through 1998 re plaintiff |
| BCC 00048 | 10/10/1997 Loan Form re plaintiff |
| BCC 00049 | 10/24/1997 Florida Guaranteed Student Loan Program letter from Florida Department of Education, Office of Student Financial Assistant, Student Loan Processing Center to plaintiff |
| BCC 00050 | 01/18/1998 Check from District Board of Trustees, Broward Community College to plaintiff |
| BCC 00051 | Undated Broward Community College, Student Financial Services Student Loan Records re plaintiff |
| BCC 00052 | 10/10/1997 Broward Community College - Student Loan Request Form signed by plaintiff |
| BCC 00053 | 09/10/1996 Broward Community College - Office of Student Financial Services Borrower Authorization Statement signed by plaintiff |
| BCC 00054 – BCC 00055 | 08/15/1997 Broward Community College |

| | |
|---|---|
| | Promissory Note signed by plaintiff |
| BCC 00056 | 08/15/1997 Broward Community College - Student Financial Services Credit Application signed by plaintiff |
| BCC 00057 | 10/24/1997 Loan Data re plaintiff |
| BCC 00058 | 10/23/1997 Financial Aid Awards re plaintiff |
| BCC 00059 | 10/10/1997 Financial Aid re plaintiff |
| BCC 00060 | 1996 – 1997 Academic Year Broward Community College - Student Financial Services and Veterans Affairs Activity Log re plaintiff |
| BCC 00061 – BCC 00062 | 04/24/1997 transcript from Broward Community College to plaintiff |
| BCC 00063 | 05/28/1996 transcript from Broward Community College to plaintiff |
| BCC 00064 | 96 - 97 Academic Year Broward Community College – Student Financial Services Control Sheet re plaintiff |
| BCC 00065 | 07/02/1996 Financial Assistance Award letter from Broward Community College - Office of Financial Services and Veterans Affairs to plaintiff |
| BCC 00066 – BCC 00069 | 04/12/1996 Institutional Student Information Record for 1996 through 1997 re plaintiff |
| BCC 00070 | 04/24/1997 Florida Guaranteed Student Loan Program letter from Florida Department of Education, Office of Student Financial Assistant, Student Loan Processing Center to plaintiff |
| BCC 00071 | 03/16/1996 Loan Form re plaintiff |
| BCC 00072 | 04/24/1997 Loan Form re plaintiff |
| BCC 00073 – BCC 00074 | 04/24/1997 Broward Community College - Student Financial Services Financial Assistance Application for August 96 through July 97 signed by plaintiff |
| BCC 00075 – BCC 00076 | 03/16/1996 Broward Community College - Student Financial Services Financial Assistance Application for August 96 through July 97 signed by plaintiff |
| BCC 00077 | 04/24/1997 Broward Community College – Student Financial Services Credit Application signed by plaintiff |

5

| | |
|---|---|
| BCC 00078 | 04/30/1995 Florida Department of Education - Office of Student Financial Assistance Application and Promissory Note for Federal Stafford Loans signed by plaintiff |
| BCC 00079 | 04/24/1997 Broward Community College Promissory Note signed by plaintiff |
| BCC 00080 – BCC 00082 | 04/24/1997 Loan Data and Financial Aid Awards re plaintiff |
| BCC 00083 | 06/17/1996 Loan Data re plaintiff |
| BCC 00084 | Undated Financial Obligations re plaintiff |
| BCC 00085 | 06/13/1996 Loan Summary Screen re plaintiff |
| BCC 00086 | 01/26/1996 Broward Community College Request for Check re plaintiff |
| BCC 00087 | 05/30/1997 Broward Community College – Student Financial Services Return of Financial Assistance re plaintiff |
| BCC 00088 | 00/25/1994 Student Loan Entrance Interview signed by plaintiff |
| BCC 00089 | 1995 – 1996 Academic Year Broward Community College Student – Financial Services and Veterans Affairs Activity Log re plaintiff |
| BCC 00090 – BCC 00091 | 05/08/1995 transcript from Broward Community College to plaintiff |
| BCC 00092 | 1995 through 1996 Academic Year Broward Community College - Student Financial Services Control Sheet re plaintiff |
| BCC 00093 | 07/03/1995 Financial Aid Award Letter from Broward Community College, Office of Student Financial Services to plaintiff |
| BCC 00094 – BCC 00097 | 07/19/1995 Electronic Student Aid Report for 1995 through 1996 re plaintiff |
| BCC 00098 – BCC 00107 | 06/21/1995 Student Aid Report Federal Student Aid Programs for 1995 through 1996 re plaintiff |
| BCC 00108 – BCC 00117 | 03/21/1995 Student Aid Report Federal Student Aid Programs for 1995 through 1996 re plaintiff |
| BCC 00118 | 07/08/1995 Act A Stafford/FSLS Loan Application re plaintiff |
| BCC 00119 – BCC 00120 | 12/31/1996 Loan Information re plaintiff |

| | |
|---|---|
| BCC 00121 | 10/10/1995 Broward Community College – Office of Student Financial Services Borrower Authorization Statement signed by plaintiff |
| BCC 00122 – BCC 00123 | 01/29/1996 Letter from Judy Ferris, Student Loan Advisor to BHELP re plaintiff |
| BCC 00124 | 07/31/1995 Broward Community College Petition for Refund of Tuition and Matriculation Fees re plaintiff |
| BCC 00125 | 01/26/1996 Broward Community College – Student Financial Services Return of Financial Assistance re plaintiff |
| BCC 00126 | 07/08/1995 Broward Community College – Student Financial Services Financial Assistance Application signed by plaintiff |
| BCC 00127 – BCC 00128 | 11/04/1994 Plaintiff's Tallahassee Community College Financial Aid Transcript from Tallahassee Community College Financial Aid Office to Broward Community College Financial Aid Office |
| BCC 00129 – BCC 00130 | 01/30/1995 Plaintiff's Tallahassee Community College Financial Aid Transcript from Tallahassee Community College Financial Aid Office to Broward Community College Financial Aid Office |
| BCC 00131 | 1994 – 1995 Academic Year Broward Community College Student Financial Services Control Sheet re plaintiff |
| BCC 00132 | 01/30/1995 Financial Aid Award Letter from Broward Community College - Office of Student Financial Services to plaintiff |
| BCC 00133 – BCC 00136 | 01/05/1995 Electronic Student Aid Report for 1994 through 1995 signed by plaintiff |
| BCC 00137 – BCC 00146 | 10/14/1994 Student Aid Report Federal Student Aid Programs for 1994 through 1995 re plaintiff |
| BCC 00147 – BCC 00148 | 06/30/1996 Loan Information re plaintiff |
| BCC 00149 – BCC 00150 | 05/02/1995 Broward Community College Student Financial Services Loan Check Releases for check #579889 and check #579888 made payable to the plaintiff |
| BCC 00151 – BCC 00152 | 02/15/1995 Broward Community College Student Financial Services Loan Check |

| | |
|---|---|
| | Releases for check #552259 and check #552258 made payable to the plaintiff |
| BCC 00153 | Undated Broward Community College Student Financial Services Loan Application Questions re plaintiff |
| BCC 00154 | 10/16/1994 Act A Stafford/FSLS Loan Application re plaintiff |
| BCC 00155 – BCC 00158 | 10/31/1994 August 94 through July 95 Broward Community College Student Financial Services Financial Assistance Application signed by plaintiff |
| BCC 00159 | 01/04/1995 Broward Community College Promissory Note signed by plaintiff |
| BCC 00160 | 01/04/1995 Broward Community College – Student Financial Services Credit Application signed by plaintiff |
| BCC 00161 | 02/08/1995 Florida Department of Education - Office of Student Financial Assistance Application and Promissory Note for Federal Stafford Loans signed by plaintiff |
| BCC 00162 | 02/08/1995 Loan Date re plaintiff |
| BCC 00163 | 02/07/1995 Loan Summary Screen re plaintiff |
| BCC 00164 | 02/03/1995 Financial Aid Awards re plaintiff |
| BCC 00165 | 10/10/1994 Broward Community College - Student Financial Services movie requirement signed by plaintiff |
| BCC 00166 | 10/25/1994 Student Loan Entrance Interview signed by plaintiff |
| BCC 00167 | 09/17/1998 Letter from Broward Community College - Student Financial Services to plaintiff |
| BCC 00168 | 01/07/1999 Stafford Loan Information signed by plaintiff |
| BCC 00169 | 02/01/1999 Letter from Broward Community - College Student Financial Services to plaintiff |
| BCC 00170 | 03/11/1999 Letter from Broward Community College - Student Financial Services to plaintiff |
| BCC 00171 | 03/11/1999 Request for Journal Entry from Broward Community College - Student |

| Source | |
|---|---|
| | Financial Services to plaintiff |
| BCC 00172 | 03/10/1999 Broward Community College Petition for Refund of Tuition and Matriculation Fees signed by plaintiff, Dean of Student Affairs and Registration Coordinators |
| BCC 00173 – BCC 00176 | 06/17/1999 Request for Financial Aid Transcript from Broward Community College to Tallahassee Community College |
| BCC 00177 | 09/15/1999 Broward Community College - Student Financial Services Signature and Certification Form signed by plaintiff |
| BCC 00178 | 10/13/1999 Broward Community College - Student Financial Services Request for Review of Financial Aid Status signed by plaintiff |
| BCC 00179 | 10/06/1999 Broward Community College – Student Financial Services Request for Review of Financial Aid Status signed by plaintiff |
| BCC 00180 | 10/13/1999 Broward Community College – Student Financial Services Fee/Book Advance Promissory Note signed by plaintiff |
| BCC 00181 | 01/19/2000 Student Receipt #000100631 from Broward Community College Accounts Receivable to plaintiff |
| BCC 00182 | 07/12/2000 Credit & Collection System – Student Disbursement Info re plaintiff |
| BI 00001 | 10/13/2000 Letter from Barry M. Pulver, Burns International Security Services to Holland & Knight |
| BI 00002 – BI 00004 | 10/03/2000 Subpoena Duces Tecum to Records Custodian, Burns International Guard Services Inc. of Florida f/k/a Wells Fargo Guard Service Inc. of Florida |
| BI 00005 – BI 00006 | 11/22/1991 Work Rules and On Duty Rules signed by plaintiff |
| BI 00007 | 06/04/1987 Organization Correspondence from Personnel Director/Fort Lauderdale to All New Employees |
| BI 00008 | 11/22/1991 Payroll Deduction Agreement signed by plaintiff |
| BI 00009 | 11/21/1991 Affirmative Action Statistical |

| | |
|---|---|
| | Form signed by plaintiff |
| BI 00010 | 11/22/1991 Wells Fargo Guard Services, Inc. Policy & Procedure signed by plaintiff |
| BI 00011 | 11/22/1991 Pay Periods Memo from Christopher J. Wiese and signed by plaintiff |
| BI 00012 | 11/22/1991 Copy of plaintiff's identification card |
| BI 00013 | 11/22/1991 Wells Fargo Guard Services – Security Officer Pre-Hire Orientation Program taken by plaintiff |
| BI 00014 – BI 00015 | 06/01/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District J, Order re Claim No. 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 |
| BI 00016 | 06/01/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District J, Order re Claim No. 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 |
| BI 00017 – BI 00018 | 06/01/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District J, Order re Claim No. 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 |
| BI 00019 – BI 00020 | Plaintiff's Application for Employment with Wells Fargo Guard Services for Security Guard Employment dated 11/21/1991 re plaintiff |
| BI 00021 | 06/01/1994 Notice of Denial from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00022 | 06/01/1994 Request for Wage Loss/Temporary Partial Benefits from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00023 | 05/23/1993 State of Florida, Department of Labor and Employment Security Office of the Deputy Commissioner District J, Notice of Appearance re Claim No. 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 |
| BI 00024 | 06/14/1994 Docketing Order from Florida Department of Labor and Employment Security, Division of Worker's |

| | |
|---|---|
| | Compensation re plaintiff |
| BI 00025 | 06/06/1994 Notice of Denial from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00026 – BI 00027 | 06/02/1994 Amended Claim for Benefits re plaintiff |
| BI 00028 | 11/22/1991 Telephone reference check re plaintiff |
| BI 00029 | 06/11/1992 Letter from Owusu-Ansah Agypong, Ph.D., Florida Agricultural and Mechanical University re plaintiff |
| BI 00030 | 06/20/1994 Notice of Denial from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00031 | 06/20/1994 Request for Wage Loss/Temporary Partial Benefits from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00032 | 02/12/1994 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00033 | 08/12/1993 Notice of Mediation from State of Florida, Dept. of Labor & Employment Security Office of the Judge of Compensation Claims District K re plaintiff |
| BI 00034 | 08/28/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00035 | 09/04/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00036 | 09/18/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00037 | 09/25/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00038 | 10/16/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |

| | |
|---|---|
| BI 00039 | 05/28/1992 Investigation of a Lost Time Accident re plaintiff |
| BI 00040 | 11/20/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00041 | 12/11/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00042 | 01/08/1994 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00043 | 02/02/1994 Letter from Mark S. Edwards, Esq. to Jeffrey I. Jacobs, Esq., Wells Fargo re Luis B. Acevedo |
| BI 00044 | 01/19/1994 Re-Notice of Hearing from State of Florida, Dept. of Labor & Employment Security Office of the Judge of Compensation Claims District J re plaintiff |
| BI 00045 | 01/19/1994 Notice of Hearing from State of Florida, Dept. of Labor & Employment Security Office of the Judge of Compensation Claims District J re plaintiff |
| BI 00046 | 04/17/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00047 - BI 00049 | 01/18/1994 Order Requiring Mediation Conference from State of Florida, Dept. of Labor & Employment Security Office of the Judge of Compensation Claims District J re plaintiff |
| BI 00050 | 01/29/1994 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00051 | 12/21/1993 Notice of Hearing from State of Florida, Dept. of Labor & Employment Security Office of the Judge of Compensation Claims District J re plaintiff |
| BI 00052 | 08/30/1996 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00053 | 04/26/1994 Re-Notice of Hearing from State of Florida, Dept. of Labor & Employment Security Office of the Judge |

| | |
|---|---|
| | of Compensation Claims District J re plaintiff |
| BI 00054 | 06/10/1992 Financial Services Associates billing for Radiology Associates |
| BI 00055 | 05/23/1992 Patient Bill Detail Summary re plaintiff |
| BI 00056 | 06/10/1992 Health Insurance Claim form re services rendered at Florida Medical Center for plaintiff |
| BI 00057 | 06/10/1992 Sworn Statements of billing agents for F.M.C. Emergency Room Physicians |
| BI 00058 | 06/23/1992 Letter from Martin L. Hoffman, Esq. to Wells Fargo Guard Services, Inc. re plaintiff |
| BI 00059 | 05/25/1992 Washington Park Pharmacy of Wingate, Inc. prescription for plaintiff |
| BI 00060 | 06/10/1992 Health Insurance Claim form re services rendered at Florida Medical Center for plaintiff |
| BI 00061 | Undated Florida Medical Center Emergency Dept. Patient Instructions for Follow-up Care re plaintiff |
| BI 00062 | Business card of Fredric M. Gerard, M.D. |
| BI 00063 | 12/06/1996 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00064 | 08/02/1996 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00065 | 06/23/1992 Letter from Martin L. Hoffman, Esq. to Division of Worker's Compensation, Wells Fargo Guard Services, Inc. re plaintiff |
| BI 00066 | 06/23/1992 Application for Hearing from State of Florida, Department of Labor and Employment Security, Division of Workers' Compensation re plaintiff |
| BI 00067 | 06/23/1992 Claim for Benefits from State of Florida, Department of Labor and Employment Security, Division of Workers' Compensation re plaintiff |
| BI 00068 | 06/23/1992 Notice of Appearance from State of Florida, Dept. of Labor & |

| | |
|---|---|
| | Employment Security Office of the Judge of Compensation Claims District J re plaintiff |
| BI 00069 - BI 00071 | 06/23/1992 Request for Production from State of Florida, Dept. of Labor & Employment Security Office of the Judge of Compensation Claims District J re plaintiff |
| BI 00072 - BI 00073 | Undated Wells Fargo Guard Services Employee Information re plaintiff |
| BI 00074 | 10/22/1992 Invoice re Florida Medical Center |
| BI 00075 | 10/29/1992 Letter from Martin Hoffman, Esq. To Karen Giordano, Travelers Insurance Company re plaintiff's claim |
| BI 00076 | 12/24/1992 Invoice re Florida Medical Center |
| BI 00077 | 05/22/1992 Wells Fargo Guard Services Serious Incident Report prepared by plaintiff |
| BI 00078 | Florida Department of Labor and Employment Security Division of Workers' Compensation Wage Statement Form |
| BI 00079 | 03/15/1993 Florida Department of Labor and Employment Security Division of Workers' Compensation Notice of Denial re plaintiff |
| BI 00080 | 02/03/1993 State of Florida Division of Workers' Compensation Claim Acknowledgement re plaintiff |
| BI 00081 | 01/28/1993 State of Florida Department of Labor and Employment Security Division of Workers' Compensation Claim for Benefits re plaintiff |
| BI 00082 | 06/26/1992 Florida Department of Labor and Employment Security Division of Workers' Compensation Schedule of Weekly Earnings re plaintiff |
| BI 00083 - BI 00084 | 12/28/1992 Letter from Martin Hoffman, Esq. To Karen Giordano, Travelers Insurance Company, re plaintiff |
| BI 00085 | 03/03/1993 State of Florida Division of Workers' Compensation Claim Acknowledgement re plaintiff |

| | |
|---|---|
| BI 00086 | 02/22/1993 State of Florida Department of Labor and Employment Security Division of Workers' Compensation Amended Claim for Benefits re plaintiff |
| BI 00087 | 03/20/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00088 | 04/03/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00089 | 04/23/1993 State of Florida Division of Workers' Compensation Claim Acknowledgement re plaintiff |
| BI 00090 | 04/14/1993 State of Florida Department of Labor and Employment Security Division of Workers' Compensation Amended Claim for Benefits re plaintiff |
| BI 00091 - BI 00092 | 07/24/1992 State of Florida Department of Labor and Employment Security Judge of Compensation Claims, District J, Notice of Taking Deposition Duces Tecum of Jerry Rubin of CAN P&C Company |
| BI 00093 | 07/24/1992 State of Florida Department of Labor and Employment Security Division of Workers' Compensation Amended Claim for Benefits re plaintiff |
| BI 00094 | 11/07/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00095 | 10/24/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00096 | 02/27/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00097 | 02/13/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00098 | 05/08/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00099 | 07/02/1992 State of Florida Division of Workers' Compensation Claim Acknowledgement re plaintiff |

15

| | |
|---|---|
| BI 00100 | 10/10/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00101 | 09/24/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00102 | 12/02/1991 Wells Fargo Guard Services Pre-Employment Screening Checklist re plaintiff |
| BI 00103 | 11/21/1991 Wells Fargo Guard Services Authorization for Release of Information re plaintiff |
| BI 00104 | 11/21/1991 Wells Fargo Guard Services Drug Screening Applicant Consent Form signed by plaintiff |
| BI 00105 | 11/22/1991 Drug screening results re plaintiff |
| BI 00106 - BI 00111 | 11/26/1991 Wells Fargo Investigative Services background report re plaintiff |
| BI 00112 | 05/1992 Wells Fargo Guard Services Applicant Five Year Employment History re plaintiff |
| BI 00113 | 12/1992 Wells Fargo Guard Services Employment Records re plaintiff |
| BI 00114 | 05/05/1992 School Reference for plaintiff re Lively Fire Academy |
| BI 00115 | 11/26/1991 Wells Fargo Guard Services Written Request for Work Reference from Winn Dixie re plaintiff |
| BI 00116 | 11/22/1991 Wells Fargo Guard Services Telephone Reference Check from Argenbright re plaintiff |
| BI 00117 | 07/30/1997 Certificate of Service page |
| BI 00118 | 08/27/1997 Forwarding Address Correction from Hayt, Hayt & Landau to Wells Fargo re plaintiff |
| BI 00119 | 11/22/1991 Wells Fargo Guard Services Memo to all employees from J.P. Augustine re Equal Employment Opportunity signed by plaintiff |
| BI 00120 | 07/30/1992 Specific Audit re plaintiff |
| BI 00121 | 11/22/1991 Unarmed Guard Status Report re plaintiff |
| BI 00122 | State of Florida Department of Labor and |

| | |
|---|---|
| | Employment Security Judge of Compensation Claims, District J, Order (first page only) |
| BI 00123 – BI 00125 | 08/27/1997 Forwarding Address Correction from Hayt, Hayt & Landau to Wells Fargo re plaintiff |
| BI 00126 | Plaintiff State of Florida, Department of State, Division of Licensing Security Officer card, expiration 03/01/1993 |
| BI 00127 | 06/23/1997 State of Florida Department of Labor and Employment Security Judge of Compensation Claims, District J, Notice of Hearing |
| BI 00128 | 11/22/1991 Wells Fargo Guard Services Checklist of Personnel Folder Contents revised 03/12/1991 |
| BI 00129 | 11/22/1991 Wells Fargo Guard Services Written Request for Personal Reference from Florida A&M University re plaintiff |
| BI 00130 | 11/22/1991 Wells Fargo Guard Services Written Request for Personal Reference re plaintiff |
| BI 00131 | 1991 W-2 Wage and Tax Statement from Wells Fargo Guard Services of Florida, Inc. re plaintiff |
| BI 00132 | Undated Wells Fargo Guard Services Written Request for Personal Reference re plaintiff |
| BI 00133 - BI 00134 | 11/30/1991 Wells Fargo Guard Services Applicant Processing Check List re plaintiff |
| BI 00135 - BI 00136 | 11/22/1991 Wells Fargo Guard Services Employee Firearms Agreement signed by plaintiff |
| BI 00137 | 11/22/1991 Employment Eligibility Verification (Form I-9) re plaintiff |
| BI 00138 | Copy of plaintiff's Florida Driver License and Social Security Card |
| BI 00139 | 11/22/1991 Wells Fargo Guard Services, Inc. Insurance Information Receipt, Cafeteria Plan, for plaintiff |
| BI 00140 | Brochure re Wells Fargo Guard Cafeteria Plan for Full & Part-time Hourly Employees and their Dependents |

| BI 00141 - BI 00142 | Wells Fargo Guard Services Employee Confidentiality and Non-Solicitation Agreement signed by plaintiff |
|---|---|
| BI 00143 | 11/26/1991 Wells Fargo Guard Services Written Request for Work Reference from Florida A&M University re plaintiff |
| BI 00144 | 05/27/1992 Letter from Owusu-Ansah Agypong, Ph.D., Florida Agricultural and Mechanical University re plaintiff |
| BI 00145 | 06/24/1993 State of Florida Department of Labor and Employment Security Office of the Deputy Commission Subpoena Duces Tecum to Payroll and Personnel Records Custodian of Wells Fargo Guard Services |
| BI 00146 | 04/05/1992 Memo to George Green from Sealand Container Port Everglades re plaintiff |
| BI 00147 | 04/25/1992 Wells Fargo Guard Services Daily Report re plaintiff |
| BI 00148 - BI 00149 | 1991 Form W-4 signed by plaintiff |
| BI 00150 | 04/22/1994 Florida Department of Labor and Employment Security Division of Workers' Compensation Request for Wage Loss/Temporary Partial Benefits re plaintiff |
| BI 00151 | Undated Work Search Report submitted by plaintiff |
| BI 00152 | 03/23/1994 Notice of Denial from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00153 | 03/23/1994 Request for Wage Loss/Temporary Partial Benefits from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00154 | 01/06/1994 State of Florida Department of Labor and Employment Security Judge of Compensation Claims, District J, Notice of Hearing |
| BI 00155 | 01/06/1994 State of Florida Department of Labor and Employment Security Judge of Compensation Claims, District J, Notice of Hearing |

| | |
|---|---|
| BI 00156 | Florida Department of Labor and Employment Security Division of Workers' Compensation Notice of Denial re plaintiff |
| BI 00157 | 12/18/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00158 | 11/18/1993 State of Florida, Department of Labor and Employment Security Office of the Judges of Compensation Claims, Notice of Hearing re Claim No. 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 |
| BI 00159 | 06/19/1992 Health Insurance Claim form re services rendered at Florida Medical Center for plaintiff |
| BI 00160 - BI 00161 | 06/19/1992 Health Insurance Claim form re services rendered at Florida Medical Center for plaintiff |
| BI 00162 - BI 00163 | 10/22/1992 Order (missing page one) |
| BI 00164 | 11/23/1992 Florida Department of Labor and Employment Security Division of Workers' Compensation Notice of Action/Change re plaintiff |
| BI 00165 | 11/18/1993 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Stipulation re Claim No. 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 (page one only) |
| BI 00166 - BI 00167 | Undated Injury Report re plaintiff |
| BI 00168 | 0703/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00169 | 08/17/1992 State of Florida, Department of Labor and Employment Security, Judge of Compensation Claims, District "J", Notice of Hearing |
| BI 00170 | 09/05/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00171 | 08/05/1992 State of Florida Division of Workers' Compensation Claim Acknowledgement |
| BI 00172 | 07/24/1992 Amended Claim for Benefits re plaintiff |
| BI 00173 | 07/11/1992 The Travelers, Summary of Workers Compensation Claim Payments re |

| | |
|---|---|
| | plaintiff |
| BI 00174 | 07/18/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00175 | 08/01/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00176 | 08/15/1992 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00177 | 06/19/1993 State of Florida Division of Workers' Compensation Claim Acknowledgement |
| BI 00178 | 06/08/1993 Claim for Benefits re plaintiff |
| BI 00179 - BI 00180 | 06/12/1993 Patient Statement from Sonkin, Alvarez and Sayer re plaintiff |
| BI 00181 | Orientation Sign-in Form re plaintiff |
| BI 00182 | 12/18/1992 Wells Fargo Guard Services Record of Equipment Issue signed by plaintiff |
| BI 00183 | 02/26/1998 Wells Employee Information Form re plaintiff |
| BI 00184 | 11/28/1991 Wells Employee Information Form re plaintiff |
| BI 00185 | 12/17/1992 Wells Employee Information Form re plaintiff |
| BI 00186 | 11/24/1991 Wells Employee Information Form re plaintiff |
| BI 00187 | 07/20/1992 Invoice from Florida Medical Center re plaintiff |
| BI 00188 | 08/20/1992 Invoice from Florida Medical Center re plaintiff |
| BI 00189 | 09/20/1992 Invoice from Florida Medical Center re plaintiff |
| BI 00190 | 11/22/1992 Invoice from Florida Medical Center re plaintiff |
| BI 00191 | Statute 440.13(2)(a.) and Statute 440.37(2)(b.) signed by plaintiff |
| BI 00192 | 08/11/1993 Invoice from Florida Medical Center re plaintiff |
| BI 00193 | 07/12/1993 Invoice from Florida Medical Center re plaintiff |
| BI 00194 | 07/28 and  07/29 telephone messages from plaintiff to Larry;  03/01 telephone |

20

| Bates Number | Description |
|---|---|
|  | message from Florida Medical Center to Betty Davis re plaintiff |
| BI 00195 | 11/19/1997 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Notice of Hearing re Claim No. 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 |
| BI 00196 | 02/18/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Order re Claim No. 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 |
| BI 00197 | 02/02/1993 Letter from Betty Davis, Wells Fargo Guard Services, to plaintiff and Karen Giordano, Travelers Insurance Company |
| BI 00198 | 07/22/1993 Letter from Lori Rubio, Wells Fargo Guard Services, to plaintiff |
| BI 00199 | 03/02/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Notice of Hearing re Claim No. 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 |
| BI 00200 | 02/26/1994 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00201 – BI 00202 | 06/20/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Notice of Mediation Conference re Claim No. 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 |
| BI 00203 | 06/27/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Notice of Hearing re Claim No. 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 |
| BI 00204 | 03/09/1994 Request for Wage Loss/Temporary Partial Benefits from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00205 | 07/05/1994 Notice of Denial from Florida Department of Labor and Employment Security, Division of Worker's |

| | |
|---|---|
| | Compensation re plaintiff |
| BI 00206 | 07/05/1994 Request for Wage Loss/Temporary Partial Benefits from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00207 | 05/24/1996 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00208 | 06/14/1996 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00209 | 06/07/1996 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00210 - BI 00211 | 07/22/1994 Request to Produce from State of Florida Department of Labor and Employment Security, Office of the Judge of Compensation Claims re Claim No. 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 |
| BI 00212 | 07/26/1994 Notice of Denial from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| 4BI 00213 | 07/26/1994 Request for Wage Loss/Temporary Partial Benefits from Florida Department of Labor and Employment Security, Division of Worker's Compensation re plaintiff |
| BI 00214 – BI 00220 | 04/02/1998 Fax transmittal from Dalia, Hyat, Hayt & Landau, to Geraldine, Wells Fargo, and attachments |
| BI 00221 - BI 00222 | 03/18/1998 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Order re Claim No. 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 |
| BI 00223 | 11/19/1997 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Notice of Hearing re Claim No. 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 |
| BI 00224 – BI 00225 | 05/29/1993 The Travelers, Summary of Workers Compensation Claim Payments re |

| | |
|---|---|
| | plaintiff |
| BI 00226 | 04/07/1993 Letter from Betty Davis, Wells Fargo Guard Services, to Louis A. Caputo, Conroy, Simberg & Lewis, P.A. re plaintiff |
| BI 00227 | 07/31/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00228 – BI 00230 | 08/05/1993 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Order Requiring Mediation Conference re Claim No. 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 |
| BI 00231 | 07/21/1993 Florida Department of Labor and Employment Security, Division of Workers' Compensation Application for Mediation Conference |
| BI 00232 | 08/09/1993 Florida Department of Labor and Employment Security, Division of Workers' Compensation Notice of Denial |
| BI 00233 | 11/17/1992 Letter from Betty Davis, Wells Fargo Guard Services, to plaintiff and Karen Giordano, The Travelers Insurance |
| BI 00234 | 03/09/1994 Florida Department of Labor and Employment Security, Division of Workers' Compensation Notice of Denial |
| BI 00235 | 11/06/1993 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00236 | Memo from Gene Seymour, Wells Fargo Guard Services, Inc. (partially illegible) |
| BI 00237 | 07/28/1994 Petition for Benefits re plaintiff |
| BI 00238 - BI 00239 | 06/25/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, District "J", Notice of Mediation Conference re Claim No. 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 |
| BI 00240 | Typed notes (author and recipient unknown |
| BI 00241 | 01/15/1994 The Travelers, Summary of Workers Compensation Claim Payments re plaintiff |
| BI 00242 – BI 00243 | 02/21/1994 State of Florida, Department of Labor and Employment Security Office of the Judge of Compensation Claims, |

| | |
|---|---|
| | District "J", Notice of Lien re Claim No. 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 |
| BI 00244 | 04/22/1994 Florida Department of Labor and Employment Security, Division of Workers' Compensation Notice of Denial |
| AEC 00001 | 11/01/2000 Fax Cover Sheet from Alliance Entertainment Corp. to Holland & Knight re plaintiff |
| AEC 00002 | 11/08/2000 Letter from Alliance Entertainment Corp. to Holland & Knight re plaintiff |
| AEC 00003 | 11/08/2000 Letter from Alliance Entertainment Corp. to Holland & Knight re plaintiff |
| A 00001 – A 00002 | 10/20/2000 Fax Cover Sheet and attachment from Argenbright Security to Holland & Knight re plaintiff |
| AS 00001 – AS 00002 | 11/01/2000 Fax Cover Sheet and attachment from Allied Security to Holland & Knight re plaintiff |
| AS 00003 | 11/01/2000 Letter from Allied Security to Holland & Knight re plaintiff |
| NF 00001 | 11/02/2000 Letter from Neptune Fireworks, Inc. to Holland & Knight re plaintiff |
| CTS 00001 – CTS 00003 | 11/01/2000 Subpoena Duces Tecum to Records Custodian, Community Thrift Store |
| CTS 00004 | 12/30/1999 FTL Thrift, Inc. Earnings History Report for plaintiff |
| CTS 00005 | FTL Thrift, Inc. 1999 W-2 Wage and Tax Statement for plaintiff |
| CTS 00006 – CTS 00007 | Plaintiff's Time Cards for weeks ending 01/01/1999 and 01/08/1999 |
| CTS 00008 | 01/16/1998 (typo) Separation Record from Community Thrift Store re plaintiff |
| CTS 00009 – CTS 00011 | 12/30/1998 Store Employment Application for plaintiff |
| CTS 00012 | 12/30/1998 Notification of Trial Period for plaintiff |
| CTS 00013 | FTL Thrift, Inc. d/b/a Community Thrift Store 1998 Form W-4 for plaintiff |
| W 00001 – W 00003 | 10/26/2000 Subpoena Duces Tecum to Records Custodian, Weststaff |

| | |
|---|---|
| W 00004 – W 00006 | 10/26/200 Weststaff Employee Timecard Report for plaintiff |
| SL 00001 – SL 00003 | 10/26/2000 Subpoena Duces Tecum to Records Custodian, Spincycle Laundry |
| SL 00004 | 07/10/2000 Termination PSA re plaintiff |
| SL 00005 | 06/09/2000 New Hire PSA re plaintiff |
| SL 00006 | 06/09/2000 New Hire PSA re plaintiff |
| SL 00007 – SL 00008 | 06/06/2000 Plaintiff's Application for Employment with Spincycle Laundry |
| SL 00009 – SL 00011 | U.S. Department of Justice, Immigration and Naturalization Service Employment Eligibility Verification re plaintiff |
| SL 00012 – SL 00013 | Spincycle Laundry 2000 Form W-4 for plaintiff |
| SL 00014 | 06/09/2000 Spincycle, Inc. Team Member Handbook Acknowledgment/Receipt signed by plaintiff |
| SL 00015 | 06/09/2000 Spincycle, Inc. Personal Conduct Expectations signed by plaintiff |
| SL 00016 | 06/09/2000 Spincycle Coin Laundry Background Investigation Information re plaintiff |
| SL 00017 | 06/12/2000 Fax from Gerald Gold & Associates to Spincycle re plaintiff |
| FS 00001 | 10/30/2000 Letter from Feick Security to Holland & Knight re plaintiff |
| FS 00002 – FS 00003 | 10/31/2000 Check Register for Forestville Corp. d/b/a Feick Security re plaintiff |
| FS 00004 | Undated handwritten notes re plaintiff |
| FS 00005 – FS 00008 | 01/12/1999 Plaintiff's Application for Employment with Feick Security |
| FS 00009 | 1998 Form W-4 signed by plaintiff |
| FS 00010 | 01/25/1999 Feick Security Policies signed by plaintiff |
| FS 00011 | 01/25/1999 U.S. Department of Justice Immigration and Naturalization Service Form I-9, Employment Eligibility Verification signed by plaintiff |
| FS 00012 | Copy of plaintiff's Florida Driver License and Social Security Card |
| FS 00013 | 01/22/1999 Copy of plaintiff's Acknowledgment Card issued from Florida Department of State, Division of Licensing |
| FS 00014 | 01/25/1999 Feick Security Uniform Policy |

| | signed by plaintiff |
|---|---|
| FS 00015 | 01/13/1999 Feick Security D-License Sponsorship Agreement re plaintiff |
| FS 00016 | 01/25/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00017 | 01/12/1999 "What Times are you available to work?" schedule signed by plaintiff |
| FS 00018 | Undated handwritten notes re plaintiff |
| FS 00019 | Copy of check and check stub for pay period 02/09/1999 through 02/22/1999 re plaintiff |
| FS 00020 | 02/11/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00021 | 01/25/1999 Applicant Data Record re plaintiff |
| FS 00022 | Undated Mail Address Form re plaintiff |
| FS 00023 | Undated Equipment checkout form |
| FS 00024 | 01/25/1999 Special Disability Trust Fund Questionnaire singed by plaintiff |
| FS 00025 | 01/25/1999 Feick Security Policies signed by plaintiff |
| FS 00026 | 01/25/1999 Feick Security Policies signed by plaintiff |
| FS 00027 | 01/25/1999 Feick Security Policies signed by plaintiff |
| FS 00028 | Instructions for Form 8850, Department of the Treasury, Internal Revenue Service (Revised September 1997), Pre-screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits |
| FS 00029 | 01/25/1999 U.S. Department of Labor, Employment and Training Administration U.S. Employment Service, Individual Characteristics Form Work Opportunity Tax Credit and Welfare-to-Work Tax Credit signed by plaintiff |
| FS 00030 – FS 00031 | 01/25/1999 Form 8850, Department of the Treasury, Internal Revenue Service (Revised September 1997), Pre-screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits signed by plaintiff |
| FS 00032 | Undated Feick Security Memorandum to |

| | |
|---|---|
| | All Feick Security Employees from Al Gonzales, Operation Manager, re Call Out Policy and Procedures |
| FS 00033 | Undated Feick Security Code of Ethics for Security Officers |
| FS 00034 | Undated Military Time Chart |
| FS 00035 | Undated General Rules & Regulations |
| FS 00036 | Undated Feick Security Employee Injury Loss Control Program Statement of Policy |
| FS 00037 – FS 00039 | Undated Feick Security General Accident Prevention Rules |
| FS 00040 | 01/25/1999 Employment Acceptance Agreement signed by plaintiff |
| FS 00041 | 01/25/1999 Feick Security Statement of Receipt signed by plaintiff |
| FS 00042 | 06/02/1999 License Expiration Notice from Monica Dalberry, Payroll Manager, to plaintiff |
| FS 00043 | 02/11/1999 Feick Security Permanent Schedule Offer signed by plaintiff |
| FS 00044 | 01/12/1999 Plaintiff's Application for Employment with Feick Security (first page only) |
| FS 00045 | 01/25/1999 Feick Security Uniform Policy signed by plaintiff |
| FS 00046 | 01/13/1999 Feick Security D-License Sponsorship Agreement signed by plaintiff |
| FS 00047 | 01/22/1999 Copy of plaintiff's Acknowledgment Card issued from Florida Department of State, Division of Licensing |
| FS 00048 | Copy of plaintiff's Florida Driver License and Social Security Card |
| FS 00049 | 1998 Form W-4 signed by plaintiff |
| FS 00050 | 01/25/1999 Feick Security Policies signed by plaintiff |
| FS 00051 | 01/25/1999 U.S. Department of Justice, Immigration and Naturalization Service Form I-9, Employment Eligibility Verification signed by plaintiff |
| FS 00052 | 01/25/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00053 | 05/19/1999 Letter from Nick M. Donato, Personnel Director/Feick Security, to plaintiff |

| | |
|---|---|
| FS 00054 | 04/05/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00055 | 03/26/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00056 | 03/26/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00057 | 03/26/1999 Feick Security Permanent Schedule Offer re plaintiff |
| FS 00058 | 03/26/1999 Feick Security Permanent Schedule Offer re plaintiff |
| | |

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard
Thirteenth Floor
Post Office Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 – fax
e-mail: tloffred@hklaw.com
e-mail: egabriel@hklaw.com

By: _____
    Thomas H. Loffredo
    Florida Bar No. 870323
    Eric K. Gabrielle
    Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via **U.S. mail** to Stewart Lee Karlin, Esquire, Attorney for Plaintiff, 400

S.E. 8th Street, Ft. Lauderdale, Florida 33316, this __16__ day of November, 2000.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
> One East Broward Boulevard
> Thirteenth Floor
> Post Office Box 14070
> Fort Lauderdale, FL 33302-4070
> (954) 525-1000
> (954) 463-2030 – fax
> e-mail: tloffred@hklaw.com
> e-mail: egabriel@hklaw.com
>
> By: _____
>     Thomas H. Loffredo
>     Florida Bar No. 870323
>     Eric K. Gabrielle
>     Florida Bar No. 160725

55678-1
FTL1 #509794 v1