UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

          Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

          Defendant.
_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

### PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME

Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, herein submits this response to defendant's motion for summary judgment:

1. By local rules of this court, the plaintiff must file a response to defendants motion for summary judgment on November 21, 2000. Plaintiff is seeking a nine day extension for the reasons set forth below.

2. Due to a confluence of deadlines it has become impossible to prepare a proper response.

3. It should be noted that plaintiff's attorney is a sole practitioner and employs no associates. In addition, the undersigned has had a confluence of scheduling conflicts and thus it has been very difficult to timely file a response. The undersigned has had a number of hearings, motions, depositions and other deadlines.

4. It should be noted that undersigned tried to contact the plaintiff upon receipt of the summary judgment by letter but she was out of town and just returned. Her active input into the summary judgment response is critical.

5. Plaintiff's attorney has contacted the attorney for the defendant and he consents to

the relief in the motion.

6. It should be noted accordingly, and for all the foregoing reasons, plaintiff respectfully requests an enlargement of time for ten days in which to file his response.

7. This is the first request for an extension of time to file a respond and this request will not affect any other deadlines.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted..

Dated: Fort Lauderdale, Florida
November 20, 2000

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.: 961159

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to:

Eric Gabrille Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida 33302, on this 20th day of November, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201