UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

v.

MARTY SHOES, INC.,

    Defendant.
_____/

### DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH SOUTHERN DISTRICT OF FLORIDA LOCAL RULE 7.3

Defendant Marty Shoes, Inc. ("Marty Shoes"), through undersigned counsel, gives notice that pursuant to Federal Rule of Civil Procedure 37(d) and Southern District of Florida Local Rule 7.3, and as more fully detailed in Marty Shoes' Motion and Memorandum of Law to Compel Answers to Interrogatories and Production of Documents, undersigned counsel for Marty Shoes has contacted counsel for Plaintiff, in a good faith effort to resolve by agreement the issues raised in that Motion, but that effort was unsuccessful, and all issues remain in dispute.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070 (33302-4070)
Fort Lauderdale, Florida 33301
(954) 525-1000
(954) 463-2030 – fax
email:   egabriel@hklaw.com

By: _____
Thomas H. Loffredo, for the Firm.
Florida Bar No. 870323
Eric K. Gabrielle, for the Firm.
Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida 33316, this **20th** day of November, 2000.

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard
Suite 1300
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000
(954) 463-2030 – fax

By: _____
Thomas H. Loffredo, for the Firm.
Florida Bar No. 870323
Eric K. Gabrielle, for the Firm.
Florida Bar No. 160725

FTL1 #518276 v1