UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

          Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

          Defendant.
_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

FILED by _____ D.C.

NOV 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AGREED ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The plaintiff shall have up to and including November 30, 2000, in which to serve and file a response to defendant's motion for summary judgment

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 21, of November, 2000.

                                                    U.S. District Judge
                                                    Ursula Ungaro-Benages

Copies Furnished to:

Stewart Lee Karlin, Esq.
Eric Gabrille Esq.