UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff

v.

MARTY SHOES, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT 22 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Marty Shoes, Inc., gives notice of filing the attached Supplemental Exhibit 22 in support of Defendant's Motion and Memorandum of Law for Summary Judgment.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant
One East Broward Boulevard, Suite 1300
Post Office Box 14070 (33302-4070)
Fort Lauderdale, Florida 33301
(954) 525-1000
(954) 463-2030 – fax
email: egabriel@hklaw.com

By: _____
Thomas H. Loffredo, for the firm.
Florida Bar No. 870323
Eric K. Gabrielle, for the firm.
Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by **facsimile and U.S. mail** to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida 33316, this **28th** day of November, 2000.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
> One East Broward Boulevard
> Suite 1300
> Post Office Box 14070
> Fort Lauderdale, Florida 33302-4070
> (954) 525-1000
> (954) 463-2030 – fax
>
> By: _____
> Thomas H. Loffredo, for the Firm.
> Florida Bar No. 870323
> Eric K. Gabrielle, for the Firm.
> Florida Bar No. 160725

FTL1 #515701 v1


RECYCLED PAPER

DETERMINATION NOTICE OF UNEMPLOYMENT COMPENSATION CLAIM FILED

```
2675370594  0622974  1233349  8  105  01432   010196  123196   E000
```

| EMPLOYER NUMBER | 1233349 | LOC CODE | ELAINE   D BROOKINS |
|---|---|---|---|
| EFF. DATE OF CLAIM: | 06/22/97 | | SOCIAL SECURITY #:   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 |
| AVAILABLE CREDITS: | $1432 | | LOCAL OFFICE:  FT LAUDERDALE JOBS & 3681- |
| % CHARGEABLE: | 11.967% | | DATE MAILED TO EMPLOYER: 06/25/97 |

IF THE CLAIMANT WAS LAID OFF DUE TO LACK OF WORK, YOU DO NOT NEED TO RETURN THIS FORM UNLESS YOU COMPLETE ITEMS A, F, OR G BELOW.

SM 00001

PLEASE COMPLETE THE APPROPRIATE SECTIONS BELOW. MARK THE BOX(ES) FOR THE ANSWERS THAT ARE APPLICABLE TO THIS INDIVIDUAL.

☐ A. Upon separation, this worker was entitled to the following payments.

| TYPE OF PAY | AMOUNT | PERIOD FROM | TO | TYPE OF PAY | AMOUNT | PERIOD FROM | TO |
|---|---|---|---|---|---|---|---|
| SEVERANCE/ GOODWILL | | | | RETIREMENT/ DISABILITY | | | |
| WAGES IN LIEU OF NOTICE | | | | HOLIDAY/ VACATION* | | | |

*If vacation pay, enter recall date: _____

☐ B. The worker was discharged on (date) __12/15/96__
by (name) _Sharon Stillman_ (title) _Personnel Director_ for (use REMARKS area below to give details of the reason for discharge checked below):

☐ 1. Inability to perform work/unsatisfactory work performance (not willful misconduct).
☑ 2. Misconduct (In the remarks section, describe the specific event(s), incident(s), or rule infraction(s) that caused the discharge. If the worker received any warnings, give the date(s) and reason(s).
☐ 3. Unsatisfactory job performance during an established initial 90 day employment probationary period of which the worker was notified during the first seven work days.

☐ C. The worker voluntarily quit on (date) _____ because _____.
(Continue in REMARKS section if necessary.)

☐ D. The worker was suspended from _____ to _____.
   1. Date worker is scheduled to return to work _____.

☐ E. The worker is on a leave of absence from _____ to _____.
   1. The leave of absence was initiated by the:     Worker ☐     Employer ☐
   2. Is the same or similar job guaranteed to the worker at the end of the leave?   Yes ☐   No ☐

☐ F. This worker refused an offer of work on (date) _____
In the "REMARKS" section below please indicate the type of work offered, rate of pay, hours of work, and how the offer was conveyed to the worker.

☐ G. This worker was employed by an educational institution.
   1. The worker has a written, verbal, or implied understanding to return to substantially the same or similar position.   Yes ☐   No ☐
   2. Wages were earned while the worker was enrolled as a student and employed from: _____ to: _____

REMARKS -- Include any explanations you feel will help us make a determination on this claim, including other reasons for discharge and reason for suspension or leave of absence. Use the reverse side of this form if more space is needed.

_Elaine was hired as a Seasonal Security Officer on 11/25/96 for a period of 4 weeks. During her seasonal employment she demonstrated unprofessional behavior and was terminated for misconduct (see attached)_

Section 443.071 of the Florida Unemployment Compensation Law provides penalties for making false statements or failing to disclose material facts to prevent or reduce payment of benefits to otherwise entitled individuals.

CONTACT PERSON'S
NAME - Please Print: _Sharon Stillman_       Date: _7/7/97_
COMPANY TITLE OF
CONTACT PERSON _Personnel Director_    Phone Number: _954-846-2306_

Job Site Address if different than mailing address: _____
Is your mailing address as shown on the reverse side of this form correct?     Yes ☐     No ☐
If no, what is your correct mailing address? _____

COPY

# SAWGRASS MILLS MALL
## NOTICE OF UNSATISFACTORY PERFORMANCE

NAME: Denise Brookens  DATE: Dec. 14, 1996
DEPARTMENT: Security  POSITION: Officer  SHIFT: #2

TYPE OF VIOLATION: Conduct of Unbecoming
IN WHAT WAY IS THIS EMPLOYEE'S WORK UNSATISFACTORY? (EXPLAIN IN DETAIL)

Officer Brookens was adv. to punch out at the end of her shift by her supervisor by which she did not do. As Ms. Brookens proceeded to sign for her paycheck, she then stated quote "I better hurry-up before the fat-man gets upset". As Capt. Bruno adv. me what was said, she continued to get in a verbal altercation with Capt. Bruno, calling him a "child". As I questioned her on what she said, she stated that she wasn't talking to me but she was refering to an officers (Curtis) Genital Area.

| CORRECTIVE STEPS | :DATE | : BY WHOM | :OFFENSE |
|---|---|---|---|
| ORAL | : | : | : |
| WRITTEN | : | : | : |
| PROBATION | : | : | : |

IN WHAT WAY CAN THIS EMPLOYEE IMPROVE HIS PERFORMANCE AND CORRECT THESE MATTERS THAT HAVE BEEN POINTED OUT AS UNSATISFACTORY?

Officer Brookens needs to learn how to respect her supervisors and must learn how to keep comments (sexually) of male officers to herself

DISCIPLINARY ACTION: ( )NO  ( )YES  DESCRIBE:

WHAT TIME LIMIT HAS BEEN DESIGNATED FOR IMPROVED PERFORMANCE? (CHECK ONE)
( ) 10 DAYS  ( ) 30 DAYS  ( ) 60 DAYS  ( ) INDEFINITE  ( ) OTHER

SUPERVISOR'S SIGNATURE: _____  POSITION: _____
SUPERVISOR'S SIGNATURE: _____  POSITION: _____

### EMPLOYEE STATEMENT

( ) I CONCUR WITH EMPLOYER'S STATEMENT
( ) I DISAGREE WITH EMPLOYER'S DESCRIPTION OF VIOLATION. THE REASONS ARE:

I have read this Employee Warning Notice and understand it. The following Employee's signature certifies that the employee described has read the above evaluation. It does not necessarily signify he agrees with it.

EMPLOYEE'S SIGNATURE: _____

_____ Employee refused to sign this notice.

WITNESS NAME: _____  WITNESS SIGNATURE: _____

PERSONNEL SIGNATURE: _____  DATE: _____

SM 00002

# SAWGRASS MILLS MALL
## NOTICE OF UNSATISFACTORY PERFORMANCE

NAME: Denise Brookens                    DATE: Dec. 14, 1996
DEPARTMENT: Security       POSITION: Officer     SHIFT: #2

TYPE OF VIOLATION: Failure to Punch out

IN WHAT WAY IS THIS EMPLOYEE'S WORK UNSATISFACTORY? (EXPLAIN IN DETAIL)

Officer Brookens failed to punch out at the end of working her scheduled hours on Dec. 13, 1996, even after her supervisor instructed her too.

| CORRECTIVE STEPS | DATE | BY WHOM | OFFENSE |
|---|---|---|---|
| ORAL | : | : | : |
| WRITTEN | : | : | : |
| PROBATION | : | : | : |

IN WHAT WAY CAN THIS EMPLOYEE IMPROVE HIS PERFORMANCE AND CORRECT THESE MATTERS THAT HAVE BEEN POINTED OUT AS UNSATISFACTORY?

Officer Brookens needs to learn how to follow rules and regulations when it comes to punching out and she also needs to learn how to follow orders when given to her by her supervisor.

DISCIPLINARY ACTION: ( ) NO   ( ) YES   DESCRIBE:

WHAT TIME LIMIT HAS BEEN DESIGNATED FOR IMPROVED PERFORMANCE? (CHECK ONE)
( ) 10 DAYS  ( ) 30 DAYS  ( ) 60 DAYS  ( ) INDEFINITE  ( ) OTHER

SUPERVISOR'S SIGNATURE: _____  POSITION: _____
SUPERVISOR'S SIGNATURE: _____  POSITION: _____

### EMPLOYEE STATEMENT

( ) I CONCUR WITH EMPLOYER'S STATEMENT
( ) I DISAGREE WITH EMPLOYER'S DESCRIPTION OF VIOLATION. THE REASONS ARE:

I have read this Employee Warning Notice and understand it. The following Employee's signature certifies that the employee described has read the above evaluation. It does not necessarily signify he agrees with it.

EMPLOYEE'S SIGNATURE: _____

_____ Employee refused to sign this notice.

WITNESS NAME: _____  WITNESS SIGNATURE: _____
PERSONNEL SIGNATURE: _____   DATE: 12/14/96

SM 00003

# Application for Employment

## Sawgrass Mills
12801 . Sunrise Boulevard
Sunrise, Florida 33323

*Class B* (handwritten)

**PLEASE PRINT**

Equal access to programs, services and employment is available to all persons. Those applicants requiring reasonable accommodation to the application and/or interview process should notify a representative of the Human Resources Department.

Position(s) applied for __Security Officer or Guard__   Date of application __11/15/96__

Referral Source   ☒ Advertisement   ☐ Employee   ☐ Relative   ☐ Government Employment Agency
                  ☐ Walk-in         ☐ Private Employment Agency   ☐ Other _____

Name of source (if applicable) _____

Name __BROOKINS__ (LAST) __Elaine__ (FIRST) __Denise__ (MIDDLE)
Address __24 NW 45 ST__ (STREET) __Plantation__ (CITY) __Florida__ (STATE) __33317__ (ZIP CODE)
Telephone # __(954) 792-2029__   Mobile/Beeper/Other Phone # ( )   Social Security # __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__

If necessary, best time to call you at home is __Any time__   ___ AM/PM

May we contact you at work? ☐ Yes ☒ No
If yes, work number and best time to call ( )   ___ AM/PM

If you are under 18 and it is required, can you furnish a work permit? ☐ Yes ☒ No
If no, please explain _____

Have you submitted an application here before? ☐ Yes ☒ No
If yes, give date(s) __/__/__

Have you ever been employed here before? ☐ Yes ☒ No
If yes, give dates   From __/__/__   To __/__/__

Are you legally eligible for employment in this country? ☒ Yes ☐ No

Date available for work __/__/__

Type of employment desired   ☒ Full-Time   ☒ Part-Time   ☐ Temporary   ☐ Seasonal   ☐ Educational Co-Op
__32 hrs__
Will you relocate if job requires it? __NO__  ☐ Yes ☐ No   Will you travel if job requires it? __NO__  ☐ Yes ☐ No

Are you able to meet the attendance requirements of the position? __YES__   ☒ Yes ☐ No

Will you work overtime if required? __YES__   ☒ Yes ☐ No
If no, please explain _____

Have you ever been bonded? ☐ Yes ☒ No

Have you been convicted of a crime in the last seven (7) years? ☐ Yes ☒ No
If yes, please explain _____
CONVICTION WILL NOT NECESSARILY BE A BAR TO EMPLOYMENT  EACH INSTANCE AND EXPLANATION WILL BE CONSIDERED IN RELATION TO THE POSITION FOR WHICH YOU ARE APPLYING.

Driver's license number if driving is an essential job function __B625-204-66-959-0__   State __FLORIDA__

AN EQUAL OPPORTUNITY EMPLOYER

SM 00012

# Employment History

Provide the following information for your past and current employers, assignments or volunteer activities, starting with the most recent (use additional sheets if necessary). Explain any gaps in employment in comments section below.

| EMPLOYER | TELEPHONE | DATES EMPLOYED FROM | DATES EMPLOYED TO | SUMMARIZE THE TYPE OF WORK PERFORMED AND JOB RESPONSIBILITIES |
|---|---|---|---|---|
| Sally's | (954) 581-7220 | 7/96 | present | Inside sales, assistance to store manager, sell |
| ADDRESS: 3250 W Davis Blvd | | | | |
| JOB TITLE: Sales associate | | HOURLY RATE/SALARY STARTING: $5 PER hr | | |
| IMMEDIATE SUPERVISOR AND TITLE: Beatrice Baker | | | | |
| REASON FOR LEAVING: Presently Employed | | HOURLY RATE/SALARY FINAL: $5 PER hr | | |
| MAY WE CONTACT FOR REFERENCE? ☐YES ☐NO ☒LATER | | | | |
| Martys shoes | ( ) 846-7977 | 9/95 | 6-31-96 | Selling shoes, helping customers |
| ADDRESS: 136 ST 12081 W. Sunrise Blvd | | | | |
| JOB TITLE: Sales Associate | | STARTING: $5.85 PER hr | | |
| IMMEDIATE SUPERVISOR AND TITLE: Michal Torres | | | | |
| REASON FOR LEAVING: Worked for 1 hr a week | | FINAL: $5.85 PER hr | | |
| MAY WE CONTACT FOR REFERENCE? ☐YES ☒NO ☐LATER | | | | |
| Wells Fargo | (954) 491-4660 | 10-90 | 5-22-94 | Patrolling, secured areas, monitor surveillance. Computer monitoring dispatch. |
| ADDRESS: 8432 NW 5th WY | | | | |
| JOB TITLE: Security officer | | STARTING: $5-00 PER hr | | |
| IMMEDIATE SUPERVISOR AND TITLE: George Greene | | | | |
| REASON FOR LEAVING: accident | | FINAL: $6.85 PER hr | | |
| MAY WE CONTACT FOR REFERENCE? ☐YES ☒NO ☐LATER | | | | |
| Argenbright CO | (954) 771-1036 | 3-21-93 | 11-94 | Rover, check-post for Secured - Radio - X-change Any problems chk for relief of officers |
| ADDRESS: 800 W. Cypress CL | | | | |
| JOB TITLE: Security officer | | STARTING: $5.00 PER hr | | |
| IMMEDIATE SUPERVISOR AND TITLE: Angie  LT. Bob Thurster | | | | |
| REASON FOR LEAVING: No steady work available | | FINAL: $5.65 PER hr | | |
| MAY WE CONTACT FOR REFERENCE? ☒YES ☐NO ☐LATER | | | | |

**Comments** INCLUDING EXPLANATION OF ANY GAPS IN EMPLOYMENT

**Skills and Qualifications** - Summarize any special training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

SM 00013

# Educational Background

A. List last three (3) schools attended, starting with most recent. B. List number of years completed. C. Indicate degree or diploma earned, if any. D. Grade Point Average or Class Rank. E. Major field of study. F. Minor field of study (if applicable).

| A. SCHOOL | B YEARS COMPLETED | C DEGREE DIPLOMA | D GPA CLASS RANK | E. MAJOR | F. MINOR |
|---|---|---|---|---|---|
| Broward Com College | 1 1/2 | Degree | 2.8-3.5 | Pre-Law | Drama |
| Lively-VO-Tech Fire Academy | 1 | Certificate | 3.8 | Fire Science | EMS |
| | | | | | |

# References

List name and telephone number of three business/work references who are *not* related to you and are *not* previous supervisors. If not applicable, list three school or personal references who are not related to you.

| NAME | TELEPHONE | YEARS KNOWN |
|---|---|---|
| Leonard E. Taylor | (954) 587-5875 | 4 |
| Doreen Yates | (954) 986-0020 | 1 |
| Joseph Smith | (954) 791-7111 | 5 |

# Additional Information

List professional, trade, business, or civic associations and any offices held.
EXCLUDE MEMBERSHIPS WHICH WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR ANY OTHER SIMILARLY PROTECTED STATUS.

| ORGANIZATION | OFFICES HELD |
|---|---|
| Homeless Corp. | N/A |
| Feed the Hungry | |
| PACA | |
| Person against Child abuse | |

List special accomplishments, publications, awards, etc.
EXCLUDE INFORMATION WHICH WOULD REVEAL SEX, RACE, RELIGION, NATIONAL ORIGIN, AGE, COLOR, DISABILITY OR OTHER PROTECTED STATUS.

List any additional information you would like us to consider. 3 1/2 years of prior Security work, wide-ranges of Duties performed, EMS CPR certification College Education.

SM 00017

I understand that if I am employed, any misrepresentation or material omission made by me on this application will be sufficient cause for cancellation of this application or immediate discharge from the employer's service, whenever is discovered.

I give the employer the right to contact and obtain information from all references, employers, educational institutions and to otherwise verify the accuracy of the information contained in this application. I hereby release from liability the employer and its representatives for seeking, gathering and using such information and all other persons, corporations or organizations for furnishing such information.

The employer does not unlawfully discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant from consideration for employment on a basis prohibited by local, state or federal law.

This application is current for only 60 days. At the conclusion of this time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to fill out a new application.

If I am hired, I understand that I am free to resign at any time, with or without cause and without prior notice, and the employer reserves the same right to terminate my employment at any time, with or without cause and without prior notice, except as may be required by law. This application does not constitute an agreement or contract for employment for any specified period or definite duration. I understand that no representative of the employer, other than an authorized officer, has the authority to make any assurances to the contrary. I further understand that any such assurances must be in writing and signed by an authorized officer.

I understand it is this company's policy not to refuse to hire a qualified individual with a disability because of that person's need for a reasonable accommodation as required by the ADA.

I also understand that if I am hired, I will be required to provide proof of identity and legal work authorization.

I represent and warrant that I have read and fully understand the foregoing and seek employment under these conditions.

Signature of Applicant _D Elaine Denise Brookins_     Date _11/19/96_



FRIENDLY FORMS

Call toll free 1-800-999-9111 to reorder Application for Employment (Long Form) #RSA-0501 D
© 1992 G. Neil Companies, P.O. Box 450939, Sunrise, FL 33345-0939. Printed in U.S.A. (1/95)
G. Neil Companies assumes no responsibility for the employer's use of this form or any decision the employer makes which may violate local, state or federal law. By selling this form G. Neil Companies is not giving legal advice.

SM 00018