UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/

### DEFENDANT'S SECOND SUPPLEMENTAL RULE 16.1 DISCLOSURE

Defendant, Marty Shoes, Inc., hereby notices service of the following disclosure required by Local Rule 16.1(B):

**Documents** [1]

| Bates Stamp Number Range | Document Description |
| --- | --- |
| SM 00001 | 06/25/1997 Determination Notice of Unemployment Compensation Claim Filed re plaintiff |
| SM 00002 | 12/14/1996 Sawgrass Mills Mall Notice of Unsatisfactory Performance re plaintiff |
| SM 00003 | 12/14/1996 Sawgrass Mills Mall Notice of Unsatisfactory Performance re plaintiff |
| SM 00004 | 07/10/1997 Sawgrass Mills Fax Transmission Report |
| SM 00005 | 07/07/1997 Sawgrass Mills Mall Management Office Fax Cover Sheet to Florida Department of Labor and Employment from Sharon Stillman |
| SM 00006 | 06/25/1997 Determination Notice of Unemployment Compensation Claim Filed re plaintiff |
| SM 00007 | 11/19/1996 Special Disability Trust Fund Questionnaire re plaintiff |
| SM 00008 | 12/17/1996 Notification of Termination of |

---

[1]    The documents are available for inspection and/or copying at Holland & Knight LLP, One East Broward Boulevard, Thirteenth Floor, Fort Lauderdale, Florida 33301.

1

| Bates Stamp Number Range | Document Description |
|---|---|
| | Employee re plaintiff |
| SM 00009 | Premises Providers, Inc., a division of Mills, Corp. Time Report for the period ending 12/18/1996 re plaintiff |
| SM 00010 | 11/26/1996 Notification of New Employee re plaintiff |
| SM 00011 | 10/27/1996 Personnel Requisition re plaintiff |
| SM 00012 – SM 00018 | 11/15/1996 Plaintiff's Application for Employment with Sawgrass Mills |
| SM 00019 | 11/19/1996 The Mills Corporation Memorandum to New Employee from Sharon Stillman, Personnel Director, re seasonal status signed by plaintiff |
| SM 00020 | 11/12/1996 Personal Data Sheet re plaintiff |
| SM 00021 | 08/27/1996 The Mills Corporation Memorandum to All Security Staff from David Kellam, Director of Security, re gifts signed by plaintiff |
| SM 00022 | 08/27/1996 The Mills Corporation Memorandum to All Security Staff from David Kellam, Director of Security, re lunch breaks signed by plaintiff |
| SM 00023 | 08/07/1996 The Mills Corporation Memorandum to All Security Staff from David Kellam, Director of Security, re fraternization signed by plaintiff |
| SM 00024 | Undated The Mills Corporation Memorandum to All Employees from Sharon Stillman, Personnel Director, re removal of property from closed tenant spaces signed by plaintiff on 11/19/1996 |
| SM 00025 | 08/27/1996 The Mills Corporation Memorandum to All Security Staff from David Kellam, Director of Security, re shift assignments signed by plaintiff |
| SM 00026 | 08/27/1996 The Mills Corporation Memorandum to All Security Staff from David Kellam, Director of Security, re posting of items in the control room signed by plaintiff |
| SM 00027 | Undated The Mills Corporation Memorandum to All Sawgrass Mills Employees from Sharon Stillman, Personnel Director, re security of premises signed by |

| Bates Stamp Number Range | Document Description |
|---|---|
|  | plaintiff on 11/19/1996 |
| SM 00028 | 01/23/1996 The Mills Corporation Memorandum to All Employees from Scott M. Fixell, Assistant to General Manager, re side jobs on company property signed by plaintiff |
| SM 00029 | Undated The Mills Corporation Memorandum to All Employees from Sharon Stillman, Personnel Director, re safety weight belts/name tags signed by plaintiff on 11/19/1996 |
| SM 00030 | 03/25/1996 The Mills Corporation Memorandum to All Employees from Sharon Stillman, Personnel Director, re gifts signed by plaintiff |
| SM 00031 | Undated The Mills Corporation Memorandum to All Employees from Sharon Stillman, Personnel Director, re lost property signed by plaintiff on 11/19/1996 |
| SM 00032 | Undated The Mills Corporation Memorandum to All Employees from Sharon Stillman, Personnel Director, re video camera signed by plaintiff on 11/19/1996 |
| SM 00033 | Undated The Mills Corporation Memorandum to All Employees from Sharon Stillman, Personnel Director, re calling in signed by plaintiff on 11/19/1996 |
| SM 00034 | Undated Employee Discipline Policy & Procedure, Page 6, signed by plaintiff on 11/19/1996 |
| SM 00035 | 11/19/1996 Employee Acknowledgement signed by plaintiff |
| SM 00036 – SM 00037 | 01/23/1996 The Mills Corporation Memorandum to All Hourly Employees from Sharon Stillman, Personnel Director, re time cards signed by plaintiff |
| SM 00038 – SM 00039 | Undated Administrative Policy re Sexual Harassment signed by plaintiff on 11/19/1996 |
| SM 00040 – SM 00041 | 1996 Form W-4 signed by plaintiff |
| SM 00042 | Undated Envelope from Sawgrass Mills |

3

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard
Thirteenth Floor
Post Office Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 – fax
e-mail: tloffred@hklaw.com
e-mail: egabriel@hklaw.com

By: _____
   Thomas H. Loffredo
   Florida Bar No. 870323
   Eric K. Gabrielle
   Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via **U.S. mail** to Stewart Lee Karlin, Esquire, Attorney for Plaintiff, 400 S.E. 8th Street, Ft. Lauderdale, Florida 33316, this 28th day of November, 2000.

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard
Thirteenth Floor
Post Office Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 – fax
e-mail: tloffred@hklaw.com
e-mail: egabriel@hklaw.com

By: _____
   Thomas H. Loffredo
   Florida Bar No. 870323
   Eric K. Gabrielle
   Florida Bar No. 160725

55678-1/FTL1 #516931 v1

4