# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,

        Plaintiff,

v.

MARTY'S SHOES OF NEW
JERSEY, INC.,

        Defendant.

_____/



### NOTICE OF FILING PLAINTIFF'S AFFIDAVIT

    Plaintiff, DENISE BROOKINS hereby serves notice to all parties concerned that she is filing the attached affidavit in opposition to Defendant's Summary Judgment.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: Eric K. Gabrielle, Esq., Holland & Knight, LLP, One East Broward Blvd., P. O. Box 14070, Fort Lauderdale, Florida 3330, on this 30th day of November, 2000.

STEWART LEE KARLIN, ESQ.
400 S. E. 8 Street
Fort Lauderdale, Florida 33316
(954) 462-1201
(954) 462-3151/Fax

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

          Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

          Defendant.
_____/

**Case No.: 00-6002-CIV**
**UNGARO-BENAGES**

### PLAINTIFF'S AFFIDAVIT

BEFORE ME, the undersigned authority duly qualified to administer oaths and take acknowledgments, personally appeared, DENISE BROOKINS who being by me first duly sworn upon her oath, deposes and states that:

1.     I was employed as a part-time sales person at Marty's Shoes from approximately November, 1995 to June, 1996. When I was initially employed, I worked approximately twenty hours a weeks. It should be noted that I was the only African-American employed in the store and that approximately six employees, Gonzalez, Michael Torres, Chris Torres, Ching, Anna and Peter who were either Polish or Hispanic.

2.     My initial supervisor was Carmen   and I had no significant problems until a new supervisor Roma Rybitha (Caucasian-Polish) became store manager.

3.     Shortly thereafter, in approximately one or two months, I noticed a significant difference in the way I was treated as opposed to the other staff who were either Caucasian or Hispanic.

4.     For example, I was completely humiliated when I was the only employee of Marty's Shoes that was not allowed to go to the rest room without first notifying the manager. I repeatedly

observed Caucasian and Hispanic employees such as Gonzalez, Torres, Torres, Ching, Anna and Peter who did not have to ask for permission to use the restroom.

5.     I was the only employee that was not allowed to answer the employer's telephone.

6.     I was the only employee that was subjected to biased stereotyping by Roma Rybitha. I was called by Roma Rybitha a street person, thug, you people and drug addict and am not the right person to work there.

7.     At the end of my shift, I was the only employee that had to display my shoes to Roma Rybitha to make sure that I was not stealing. I observed other non-African sales representatives such as Gonzalez, Torres, Torres, Ching, Anna and Peter , leaving at the end of their shift, I never observed Roma Rybitha checking their shoes to see if they were stealing.

8.     I was the only employee that could not take a reasonable lunch-break. In other words, my lunch breaks were closely monitored. In this small store, I never observed Roma Rybitha monitor other employees' lunch break.

9.     I was the only employee in the store that could not go to the front cashier's for shoe assistance.

10.     Other employees such Gonzalez, Torres, Torres, Ching, Anna and Peter were told not to talk to me and thus I was isolated from my coworkers.

11.     My breaks were limited to 10 minutes break time when the non-African employees such as Gonzalez, Torres, Torres, Ching, Anna and Peter had 15-30 minutes of break time,

12.     In addition, store privileges were not same either. For example, shoes that were damaged were discounted to the customer but I was not allowed to discount the shoes to my customers. However, I personally observed other non-African employees who were allowed to give significant discounts to their customers such as Gonzalez, Torres, Torres, Ching, Anna and Peter.

13.     I was told by my store manager (Roma) to closely observe African-Americans when

they were shopping at the store.

14.    During the last two months of my employment, my hours began to be steadily reduced. I complained to the District Manager, Stanley Dzioba who refused to acknowledge my complaints of racial discrimination regarding my store manager. He refused to investigate my complaints and never interviewed me  In addition, I also complained to Mr. Adams, V.P. in Marty's corporate offices in writing as well. See Exhibit "A" which was sent to the district manager as well. Immediately after my complaints, I was retaliated against by having my hours reduced even further. In fact, during the last weeks of my employment, I was scheduled to work only one hour a week. This was profoundly humiliating to me that the District Manager and Store Manager would schedule me for only one hour a week.   Thus, I was forced in order to keep my job to come to work for one hour, once a week. I saw the schedule posted almost every week, and no other employee (I was the only African-American employee in the store and numerous employees were hired by the store manager, Roma Rybitha, none were African-American) to my knowledge had ever been scheduled to work one hour a week. In a striking coincidence, the defendant stated that the work schedules and time records for the relevant time period were not available.  (See plaintiff's deposition transcript.)  (See Exhibit "B"- plaintiff's wage statements)[1]

14.    Although there is policy of providing written counseling for performance and conduct that falls below standard, I never received a written counseling that my conduct or performance was somehow deficient except coming in late once. (Defendant Exhibit 17). The reason I was never warned is that performance and conduct were at or above standards.[2]

---

[1] There were arguments and voices raised, however, it almost dealt with the racially hostile atmosphere and disparate treatment that I was subjected to on a daily basis.

[2] Although I testified regarding Sallys', I was in fact let go because new management came in and terminated the entire staff. Thus, I was truthful in my response when I stated that I was let go because new management came in. The allegations made by defendant regarding being barred from class and calling an instructor a bitch is false. If it did occur I would have been subjected to some form of discipline or even discharged from the program which I am still enrolled. Finally, in connection ADT, there was a complaint made by a coworker which was not

15.    Defendant now attempts to suggest that I was somehow violent or poses a risk of harm to my manager.  This is an outrageous fabrication.

16.    I believe my Marty's discriminated against me by the comments that were made and by subjecting me to disparate treatment.  Within weeks of complaining about discrimination, my hours were reduced to point where I was only allowed to work one hour a week and then terminated without an explanation as to the reason why.  If not for my race, color and retaliation, I would not have been terminated.


**FURTHER AFFIANT SAITH NAUGHT**

_(signature)_
**DENISE BROOKINS**


STATE OF FLORIDA          )
                          ) ss.
COUNTY OF BROWARD         )

On this 29th day of November, 2000 before me, the undersigned Notary Public of the State of Florida, personally appeared Denise Brookins who is personally known and being by me first duly sworn, deposes and says that she executed the foregoing Affidavit and that the facts are true and correct to the best of her knowledge and belief.

Ste___ L Karlin
Commission CC838297
Expires May 18, 2003

_(signature)_

_(signature)_
**NOTARY PUBLIC, STATE OF**

true but I was told that I was being separated from the payroll.



Stewart L Karlin
My Commission CC 38297
Expires

**(Seal)**

**FLORIDA AT LARGE**

Stewart Karlin

**Printed Name of Notary**

**E X H I B I T " A "**

## To District Managers of Marty's Shoes.

I'm writing this letter to inform you of several problems I'm having while employed in Marty's Shoes of St. Cloud, Fla. I was hired by Store Manager Carmen of 12-5-95. And Roma Rykitha became manager i soon became involved her preferrential treatment practice. And involved in that she Continued to accused of walking off my job, being seen in Mall while working, drinking on the job. She even told me that the owner Marty complained that i was rude to him. If i was why didn't he tell me or Fire me. None of her allegations took place. In addition to that she has called me innuendos like a Street person, a Thug Vaga-bond, or maybe I'm on drugs. And has deliberately cut my hours for not standing on her side when She accused 4 African-Americans of stealing shoes. Which lat turned out to be false. The Manager of Security Fre & Tony Menitoli were outraged that she told the she seen the men take the shoes. The Timberlan shoes he had on our store didn't carry that style. told me that i didn't stand up for the store and shouldn't work here. I couldn't stand up for her be I honestly didn't see him steal the shoes. I feel

DB 00035

DEFENDANT'S
EXHIBIT
4
KT 8.23.00

she sur fring me out. She has never complained of my work performance. I would like to know why Stanley is cutting my hours intentionally & he never gave me a reason why. She constanly complaines of my character. If i arrive early she makes me clock in late & leave early. Everything i told Stanly in the past about Ronnie is the truth. The last week Michall gave me 5 hrs to work And she threatened him saying If She gave me more hrs he would be fired. What's the harm done here. Why am i the only whose work hours are being decreased. I would like an explanate from Stanley. I writing because she told that i would have to work (1) hour a week from Now on. because he (Michael) gave me 5 hours one day. If Stanley can bring someone from off the street to work then i know i should be able to work more then (1) hour a week. I ask for a reason why she says Stanley says so. These problems should be resolve between the store employees only. But when a person is practing Racism I feel the District manager should be aware of what she's doing. I like my job even thoug i don't work Full-time. It's still my job. And i don't derserve this Racist treatment. I never violate any Rules. I came there to work not to be accused of anything. I hope you will believe me And

**DB 00036**

look into it or investigate. But I'm saying I'm not writing this letter because I'm angry. I'm writing because i never did anything to deserve this treatment or harrassment. I feel that i shouldn't quit to make her happy. Because she honestly doesn't like me. Michael has never had a problem with me. he tells us a job tasks & that's it. If you made a mistake he'll correct you & teh your not tell you you're a street person. Please use you're methods of looking into these problems. I know i can't do anything if Stanley fire me But i didn't deserve it.

youre prompt attention is appreciated.

Please understand that
i can't apologize for something    Elaine Denise Brokens
i didn't do. I just want    921 N.W. 33 way
to work    Ft. Laud, Fla 33311
   (954) 327-7390

DB 00037

**E X H I B I T " B "**

MARTY SHOES, INC.

UD Ille Di'L Duuk IM
2GQ 000747 098    X 50X 000022452 1

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: No State Income Tax

# Earnings Statement

Period Ending:  03/02/96
Pay Date:       03/07/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.7500 | 16.75 | 96.31 | 14.38 |
| Holida | | | | 1,128.47 |
| **Gross Pay** | | | **$96.31** | |

| Deductions | | | |
|------------|---|---|---|
| Statutory | | | |
| Social Security Tax | -5.98 | 69.97 | |
| Medicare Tax | -1.39 | 19.36 | |
| Federal Income Tax | | 25.80 | |
| **Net Pay** | | **$88.94** | |

Your federal taxable wages this period are $96.31

1

DB 00021

©1993 Automatic Data Processing, Inc.

◄ TEAR HERE



DEFENDANT'S EXHIBIT 2

MARTY SHOES, INC.

CO    FILE    DEPT.   CLOCK   NUMBER
200   000747  098     X 50X   0000222741   1

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    State:    No State Income Tax

**Earnings Statement**

Period Ending:    03/09/96
Pay Date:         03/14/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 16.00 | 92.00 | 14.38 |
| Holida | | | | 1,220.47 |
| **Gross Pay** | | | **$92.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -5.70 | 75.67 |
| | Medicare Tax | -1.34 | 17.70 |
| | Federal Income Tax | | 25.80 |
| | **Net Pay** | | **$84.96** |

Your federal taxable wages this period are $92.00

©1993 Automatic Data Processing, Inc.

DB 00017

◄ TEAR HERE

# Earnings Statement

| | |
|---|---|
| CO   FILE   DEPT.   CLOCK   NUMBER | |
| 20Q   000747 098   X 50X   000022026   1 | |

MARTY SHOES, INC.

Period Ending:  03/16/96
Pay Date:       03/21/96

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State:    No State Income Tax

DENISE F BROOKINS
921 N .W . 33 WAY
FT. KAYDERDALE FL 33311

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 16.25 | 93.44 | 14.38 |
| Holida | | | | 1,313.91 |
| **Gross Pay** | | | **$93.44** | |

### Deductions

| Statutory | | this period | year to date |
|---|---|---|---|
| Social Security Tax | | -0.7 | 81.46 |
| Medicare Tax | | -1.35 | 19.05 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | **$86.30** | |

Your federal taxable wages this period are $93.44

**DB 00022**

◀ TEAR HERE

©1993 Automatic Data Processing, Inc.

**Earnings Statement**

CO  FILE  DEPT.  CLOCK  NUMBER
20G  000747 098  X 50X  0000223317  1

MARTY SHOES, INC.

Period Ending:  03/23/96
Pay Date:  03/28/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  1
   State:  No State Income Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7600 | 14.75 | 84.81 | 14.38 |
| Holida | | | | 1,398.72 |

**Gross Pay**   $84.81

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | -5.26 | | 86.72 |
| Medicare Tax | -1.23 | | 20.28 |
| Federal Income Tax | | | 25.80 |

**Net Pay**   $78.32

Your federal taxable wages this period are $84.81

DB 00023

EAP HERE

©1993 Automatic Data Processing, Inc.



State:   Number

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 9.50 | 54.63 | 14.38 |
| Holiday | | | | 1,453.35 |
| **Gross Pay** | | | **$54.63** | |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | -3.39 | | 90.11 |
| Medicare Tax | -0.79 | | 21.07 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | **$50.45** | |

Your federal taxable wages this period are $54.63

**DB 00024**

©1991 Automatic Data Processing, Inc.

# Earnings Statement

**ADP.**

MARTY SHOES, INC.

CO    FILE    DEPT.   CLOCK  NUMBER
200   000747 098    X ( )  0000223900  1

Period Ending:    04/05/96
Pay Date:    04/11/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    State:   No State Income Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 4.75 | 27.31 | 14.38 |
| Holida | | | | 1,480.66 |
| **Gross Pay** | | | **$27.31** | |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | -1.05 | | 2.30 |
| Medicare Tax | -0.40 | | 21.47 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | | **$25.22** |

Your federal taxable wages this period are $27.31

DB 00032

TEAR HERE        ©1991 Automatic Data Processing, Inc.

‖‖‖‖ ‖

MARTY SHOES, INC.

CO    FILE    DEPT.    CLOCK    NUMBER
200   000747  098      X 50X    000024489   1

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    No State Income Tax

**Earnings Statement**

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

Period Ending:    04/20/96
Pay Date:         04/25/96

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 5.7500 | 6.00 | | 14.38 |
| Holida   | | 34.50 | | 1,551.10 |
| **Gross Pay** | | | **$34.50** | |

| Deductions | | this period | year to date |
|------------|--|-------------|--------------|
| **Statutory** | | | |
| Social Security Tax | | -2.14 | 96.17 |
| Medicare Tax | | -0.50 | 22.49 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | **$31.86** | |

Your federal taxable wages this period are $34.50

DB 00020

◄ TEAR HERE    ©1991 Automatic Data Processing, Inc.

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 3.00 | 17.25 | 14.38 |
| Holida | | | | 1,602.85 |
| **Gross Pay** | | | **$17.25** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -1.07 | | 99.38 |
| Medicare Tax | -0.25 | | 23.24 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | | **$15.93** |

Your federal taxable wages this period are $17.25

**DB 00031**

◄ TEAR HERE    ©1991 Automatic Data Processing, Inc.



**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 3.00 | 17.25 | 14.38 |
| Holida | | | | 1,620.10 |

**Gross Pay** $17.25

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -1.07 | 100.45 |
| Medicare Tax | -0.25 | 19.49 |
| Federal Income Tax | | 28.80 |

**Net Pay** $15.93

Your federal taxable wages this period are $17.25

**DB 00030**

◄ TEAR HERE     ©1991 Automatic Data Processing, Inc.

CO    THE    DEPT.    CLOCK    NUMBER
2QO  000747 098    X E°  000225671  1

MARTY SHOES, INC.

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    No State Income Tax

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 3.00 | 17.25 | 14.38 |
| Holida | | | | 1,637.35 |
| **Gross Pay** | | | **$17.25** | |

**Deductions**

| Statutory | | |
|---|---|---|
| Social Security Tax | -1.07 | 101.52 |
| Medicare Tax | -0.25 | 23.74 |
| Federal Income Tax | | 25.80 |
| **Net Pay** | **$16.93** | |

Your federal taxable wages this period are $17.25

**Earnin○ Statement**

Period Ending:    05/18/96
Pay Date:    05/23/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

*ADP*

DB 00029

◀ TEAR HERE    C1991 Automatic Data Processing, Inc.

Federal: 1
State:   No State Income Tax

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.7600 | 5.00 | 28.75 | 14.38 |
| Holida | | | | 1,666.10 |
| Gross Pay | | | $28.76 | |

| Deductions | | | | |
|------------|--|--|--|--|
| Statutory | | | | |
| Social Security Tax | | | -1.78 | 103.30 |
| Medicare Tax | | | -0.42 | 24.16 |
| Federal Income Tax | | | | 25.80 |
| Net Pay | | | $26.55 | |

Your federal taxable wages this period are $28.75

DB 00018

◀ TEAR HERE    ©1991 Automatic Data Processing, Inc.

‖ ‖‖

MARTY SHOES, INC.

CO    FILE    DEPT.   CLOCK   NUMBER
20Q   000747  098   X E    0000226296   1

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   1
   State:   No State Income Tax

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 1.00 | | 14.38 |
| Holida | | | | 1,671.85 |
| **Gross Pay** | | | **$5.75** | |

**Deductions**

| Statutory | | |
|---|---|---|
| Social Security Tax | -0.35 | 103.65 |
| Medicare Tax | -0.08 | 24.24 |
| Federal Income Tax | | 25.80 |
| **Net Pay** | **$5.32** | |

Your federal taxable wages this period are $5.75

**Earnings Statement**

Period Ending:   06/01/96
Pay Date:        06/06/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

ADP

DB 00028

◄ TEAR HERE    ©1991 Automatic Data Processing, Inc.

**Earning Statement** **ADP**

MARTY SHOES, INC.

CO    FILE    DEPT.   CLOCK    NUMBER
20Q   000747 098   X 5    0000226615   1

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   1
    State:     No State Income Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 1.00 | | |
| Holida | | 5.75 | | |
| **Gross Pay** | | | **$5.75** | 14.38 |
| | | | | 1,677.60 |

| Deductions | | | | |
|---|---|---|---|---|
| **Statutory** | | | | |
| Social Security Tax | | | -0.36 | 104.01 |
| Medicare Tax | | | -0.08 | 2$.32 |
| Federal Income Tax | | | | 2$.80 |
| **Net Pay** | | | **$5.31** | |

Your federal taxable wages this period are $5.75

Period Ending:   06/08/96
Pay Date:        06/13/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

DB 00027

◄ TEAR HERE   ©1991 Automatic Data Processing, Inc.



**MARTY SHOES, INC.**

CO    FILE    DEPT.    CLOCK    NUMBER
20G    000747 098    X 5    000026947    1

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State:    No State Income Tax

**Earnings**

|  | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 2.00 | 11.50 | 14.38 |
| Holida |  |  |  | 1,689.10 |

**Gross Pay** $11.50

**Deductions**

| Statutory |  |  |
|---|---|---|
| Social Security Tax | -0.71 | 104.72 |
| Medicare Tax | -0.17 | 24.49 |
| Federal Income Tax |  | 25.80 |

**Net Pay** $10.62

Your federal taxable wages this period are $11.50

**Earnin␣ ␣ Statemen␣**

Period Ending:    06/15/96
Pay Date:    06/20/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

DB 00026

||||||

**Earnin   Statement**

**MARTY SHOES, INC.**

| CO | FILE | DEPT. | CLO  K | NUMBER |
|----|------|-------|--------|--------|
| 2Q0 | 000747 | 0SR | X | 0000227280   1 |

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: No State Income Tax

Period Ending: 06/22/96
Pay Date: 06/27/96

DENISE F BROOKINS
921 N.W. 33 WAY
FT KAYDERDALE FL 33311

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5.7500 | 3.00 | 17.25 | 14.38 |
| Holida |  |  |  | 1,706.35 |
| **Gross Pay** |  |  | **$17.25** |  |

| Deductions | | | |
|------------|---|---|---|
| Statutory | | | |
| Social Security Tax | | -1.07 | 105.79 |
| Medicare Tax | | -0.25 | 24.74 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | | **$15.93** |

Your federal taxable wages this period are $17.25

**DB 00025**

◄ TEAR HERE     ©1991 Automatic Data Processing, Inc.

**ADP**

# Earnings Statement

CO     FILE   DEPT.  CLOCK NUMBER
200  000747 098   X 50X  000227815   1

MARTY SHOES, INC.

Period Ending:    06/29/96
Pay Date:         07/03/96

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
 Federal:   1
 State:   No State Income Tax

DENISE F BROOKINS
921 N. W. 33 WAY
FT KAYDERDALE FL 33311

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5.7500 | 5.00 | 28.75 | 14.38 |
| Holida | | | | 1,735.10 |
| **Gross Pay** | | | **$28.75** | |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -1.79 | 107.58 |
| Medicare Tax | | -0.42 | 25.16 |
| Federal Income Tax | | | 25.80 |
| **Net Pay** | | **$26.54** | |

Your federal taxable wages this period are $28.75

Important Notes
HAPPY INDEPENDENCE DAY!!!

DB 00019

◄ TEAR HERE      ©1991 Automatic Data Processing, Inc.