UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
DEC 08 2000
CLARENCE MADDOX
CLERK USDC / SDFL / MIA

DENISE BROOKINS,

        Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

        Defendant.
_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

**PLAINTIFF'S MOTION FOR AN EXTENSION
OF TIME TO FILE THE JOINT PRETRIAL STIPULATION**

Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, herein requests a continuance to December 15, 2000 in which to file the joint pretrial stipulation:

1. The parties must file a joint pretrial stipulation by December 8, 2000. Plaintiff is seeking a seven day extension for the reasons set forth below.

2. Due to a confluence of deadlines it has become impossible to prepare the joint pretrial stipulation.

3. It should be noted that plaintiff's attorney is a sole practitioner and employs no associates. In addition, the undersigned has had a confluence of scheduling conflicts and thus it has been very difficult to timely file a response. The undersigned has had a number of hearings, motions, depositions and other deadlines. For example, the undersigned had an arbitration for two days (December 7 and 8, 2000) and there was significant preparation for said hearing. It should be noted that plaintiff has sent over plaintiff's portion of the stipulation. Thus, the pretrial stipulation is basically completed and will be filed this week.



4.   It should be noted accordingly, and for all the foregoing reasons, plaintiff respectfully requests an enlargement of time in which to file the joint pretrial stipulation.

5.   Plaintiff has been unable to reach defense counsel but do not believe that they would oppose said request.

6.   This request will not affect any other deadlines.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted..

Dated: Fort Lauderdale, Florida
       December 8, 2000

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida  33316
(954) 462-1201
Fla. Bar No.:  961159

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to: Eric Gabrille Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida  33302, on this 8th day of December, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No.:  0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201