UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

        Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

        Defendant.
_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

FILED by _____ D.C.
DEC 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The parties shall have up to and including December 15, 2000, in which to file the joint pretrial stipualtion.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this _11_, of December, 2000.

_____
U.S. District Judge
Ursula Ungaro-Benages

Copies Furnished to:

Stewart Lee Karlin, Esq.
Eric Gabrille Esq.