UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6002-CIV-UNGARO-BENAGES/BROWN

DENISE BROOKINS,

        Plaintiff,

vs.

MARTY SHOES, INC.,

        Defendant.

_____/



## ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Defendant's Motion and Memorandum of Law to Compel Answers to Interrogatories and Production of Documents, filed November 20, 2000. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to compel is GRANTED as it regards the Second Set of Interrogatories.

2. The motion to compel is GRANTED as it regards the letter referenced in the motion.

3. The interrogatories shall be answered, and the document produced, within five (5) days from the date of this order.

It is further **ORDERED AND ADJUDGED** that Plaintiff shall have five (5) days from the date of this order to show good cause, in writing, why sanctions should not be imposed for the failure

of Plaintiff to respond to the discovery requests and the motion to compel.

DONE and ORDERED at Miami, Florida, this ___13th___ day of December, 2000.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:     Honorable Ursula Ungaro-Benages
        Stewart L. Karlin, Esq.
        Thomas H. Loffredo, Esq.