UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6002-CIV-UNGARO-BENAGES



DENISE BROOKINS,

    Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

    Defendant.
_____/

**PLAINTIFF'S MOTION ON CONSENT FOR
AN EXTENSION OF TIME TO FILE JURY INSTRUCTIONS**

    Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, herein requests a continuance to December 15, 2000 in which to file the joint pretrial stipulation:

    1.    The parties must file a jury instructions by December 15, 2000. Plaintiff is seeking a ten day extension for the reasons set forth below.

    2.    Due to a confluence of deadlines it has become impossible to prepare the jury instructions.

    3.    It should be noted that plaintiff's attorney is a sole practitioner and employs no associates. In addition, the undersigned has had a confluence of scheduling conflicts and thus it has been very difficult to timely file a response. The undersigned has had a number of hearings, motions, depositions and other deadlines. For example, the undersigned had an arbitration for two days (December 7 and 8, 2000) and there was significant preparation for said hearing. It should be noted that the pretrial stipulation is completed and is being been filed today.

    4.    It should be noted accordingly, and for all the foregoing reasons, plaintiff respectfully requests an enlargement of time in which to file the jury instructions.

    5.    Plaintiff has contacted defense counsel who consents to the relief requested.

6. This request will not affect any other deadlines.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

Dated: Fort Lauderdale, Florida
December 15, 2000

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.: 961159

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to:

Eric Gabrille Esq., Holland & Knight, LLP, One East Broward Blvd., Suite 1300, P.O. Box 14070 Fort Lauderdale, Florida 33302, on this 15th day of December, 2000.

_____
STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201