UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6002-CIV-UNGARO-BENAGES

NIGHT BOX
FILED

DEC 20 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

DENISE BROOKINS,

    Plaintiff,

v.

**PLEASE REFER TO MAGISTRATE JUDGE BROWN**

MARTY'S SHOES OF NEW JERSEY, INC.,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE

Plaintiff herein is responding to the order to show cause dated December 13, 2000 as follows:.

1. Upon receiving defendant's motion to compel, I spoke to the defendant' counsel and agreed to the proposed order of the defendant. Thereafter, I immediately forwarded plaintiff's interrogatories and response to the letter in questions. Thus, there was a settlement of the motion to compel. (See defendant's order) I have forwarded the amount of three hundred and seven dollars and fifty cents to the defendant and request that in view of the resolution of this matter that no additional sanction be imposed.

2. I deeply regret any inconvenience this has caused the defendant and the Court.

Respectfully submitted,

_____
STEWART LEE KARLIN
Florida Bar No. 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201

Florida Bar: 961159

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to:

Eric Gabrille Esq., Holland & Knight, LLP, One East Broward Blvd., Suite 1300, P.O. Box 14070

Fort Lauderdale, Florida 33302, on this 20th day of December, 2000.

_____
STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

        Plaintiff,

v.

MARTY SHOES, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant Marty Shoes, Inc.'s Motion and Memorandum of Law to Compel Answers to Interrogatories and Production of Documents (DE ___). The Court, having reviewed the written submissions of the parties and being otherwise fully advised in the premises, it is hereby

ORDERED that Defendant's Motion is **GRANTED.** Within ten (10) days of the date of this Order, Plaintiff Denise Brookins shall: 1) fully and completely respond to Defendant's Second Set of Interrogatories, for which any objections are deemed waived by virtue of Plaintiff's failure to respond earlier; 2) produce a copy of her letter to Stanley Dzioba, as described in Defendant's Motion; and 3) pay to Defendant, through Defendant's counsel, the sum of Three Hundred Seven Dollars and Fifty Cents ($307.50), representing Defendant's attorney fees and costs incurred in making its Motion.

DONE AND ORDERED in Chambers, in Miami, Florida, this ____ day of November 2000.

                                                  _____
                                                  URSULA UNGARO-BENAGES
                                                  United States District Judge

Copies to:
counsel of record.