UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/

MATTER ASSIGNED TO
MAGISTRATE JUDGE
STEPHEN T. BROWN



## DEFENDANT'S RESPONSE REGARDING ORDER TO SHOW CAUSE

Defendant Marty Shoes, Inc., ("Marty Shoes"), through undersigned counsel, responds to Plaintiff's Response to Order to Show Cause (DE 47) as follows:

On November 20, 2000, Marty Shoes served and filed its Motion to Compel regarding Marty Shoes' Second Set of Interrogatories and First Request for Production. (DE 32). On December 4, 2000, Plaintiff provided answers to Marty Shoes Second Set of Interrogatories.

On December 6, 2000, undersigned counsel forwarded a letter by fax and mail to Plaintiff indicating that Marty Shoes would withdraw the Motion to Compel upon receipt of the amount of $307.50, representing the costs and attorney fees incurred in preparing and filing the motion to compel, and which had been sought in the Motion to Compel. No response to this letter was received.

On December 15, 2000, the Court granted Marty Shoes' Motion to Compel and ordered Plaintiff to show cause why sanctions should not be imposed.

On December 22, 2000, undersigned counsel received a letter dated December 18, 2000, in an enveloped stamped December 21, 2000, forwarding a check from Plaintiff's counsel dated

December 14, 2000, in the amount of $307.50. At this point, and not before, the issues raised by the Motion to Compel were completely resolved.

However, as of December 22, 2000, Plaintiff has complied with all the relief sought in the Motion to Compel and ordered by the Court in its Order granting the Motion to Compel, and Marty Shoes requests no further relief with respect to that Motion.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
> One East Broward Boulevard
> Thirteenth Floor
> Post Office Box 14070
> Fort Lauderdale, FL 33302-4070
> (954) 525-1000
> (954) 463-2030 – fax
> e-mail: egabriel@hklaw.com
>
> By: _____
> Thomas H. Loffredo
> Florida Bar No. 870323
> Eric K. Gabrielle
> Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by United States mail to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida, 33316, this 22d day of December, 2000.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
>
> By: _____
> Thomas H. Loffredo
> Florida Bar No. 870323
> Eric K. Gabrielle
> Florida Bar No. 160725

FTL1 #522128 v1

2