UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,   Case No.: 00-6002-CIV
                  UNGARO-BENAGES

       Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

       Defendant.
_____/

**PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION
OF TIME TO FILE THE JOINT PRETRIAL STIPULATION**

    Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, herein submits this response to defendant's motion for summary judgment:

1. By order of this court, the parties must file a joint pretrial stipulation by Decmeber 1, 2000. Plaintiff is seeking a seven day extension for the reasons set forth below.

2. Due to a confluence of deadlines it has become impossible to prepare a proper response.

3. It should be noted that plaintiff's attorney is a sole practitioner and employs no associates. In addition, the undersigned has had a confluence of scheduling conflicts and thus it has been very difficult to timely file a response. The undersigned has had a number of hearings, motions, depositions and other deadlines. For example, plaintiff had just this week filed an initial brief before the Fourth District Court of Appeals in Bukata v. The Broward Sheriff's Office, Distict Court Case No..: 00-3429 and a summary judgment due in this matter on November 30, 2000.



6. It should be noted accordingly, and for all the foregoing reasons, plaintiff respectfully requests an enlargement of time for ten days in which to file his response.

7. This is the first request for an extension of time to file a respond and this request will not affect any other deadlines.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted..

Dated: Fort Lauderdale, Florida
November 30, 2000

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.: 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to: Eric Gabrille Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida 33302, on this 30th day of November, 2000.

STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201