UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,

    Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

    Defendant.
_____/

FILED by _____ D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AGREED ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The parties shall have up to and including December 26, 2000, in which to file the jury instructions.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 29, of December, 2000.

_____
U.S. District Judge
Ursula Ungaro-Benages

Copies Furnished to:

Stewart Lee Karlin, Esq.
Eric Gabrille Esq.