00-6002.ob

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6002-CIV-UNGARO-BENAGES/BROWN

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/

## ORDER RE: RESPONSE TO ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Plaintiff's Response to Order Granting Motion to Compel, filed December 20, 2000. The Court has considered the response, Defendant's Response (which, while helpful, was neither required nor sought) and all pertinent materials in the file.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that no sanctions will be imposed.

**DONE and ORDERED** at Miami, Florida, this 29th day of December, 2000.

                                      STEPHEN T. BROWN
                                      U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
        Stewart L. Karlin, Esq.
        Thomas H. Loffredo, Esq.



# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared C.J. SAXON, who on oath says that she is the ADMINISTRATIVE ASSISTANT, of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

00-6229 –Civ–UUB
NOTICE OF U.S. MARSHAL'S SALE
IN RE: M/V GLOBAL VILLAGE

in the U.S. DISTRICT Court,
was published in said newspaper in the issues of

12/12/2000 12/15/2000

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida and that the said newspaper has heretofore been continuously published in said Broward County, Florida and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*C.J. Saxon* (signature)

Sworn to and subscribed before me this
15 day of DECEMBER, A.D. 2000

*Cora Herman* (signature)

(SEAL)

C.J. SAXON personally known to me

Cora Herman
MY COMMISSION # CC702858 EXPIRES
March 10, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

---

U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALS SERVICE NOTICE OF United States Marshal's Sale IN ADMIRALTY SOUTHERN DISTRICT OF FLORIDA IN ADMIRALTY NO. 00-6229-Civ-UUB By virtue of an Order of Sale issued out of the United States District Court for the SOUTHERN District of FLORIDA, on the 12TH day of OCTOBER, 2000 notice is hereby given that I will sell by public auction for cash or certified check, on TUESDAY, the 19TH day of DECEMBER, 2000 AT 12:00 NOON, [illegible] COUNTY COURT HOUSE, [illegible] 6TH [illegible] FORT [illegible] TORS, 1915 SW 21 Ave., Ft. Lauderdale, FL. IF THE BID IS NOT MORE THAN $500.00, THE SUCCESSFUL BIDDER SHALL IMMEDIATELY PAY THE FULL PURCHASE PRICE. IF THE BID IS MORE THAN $500.00, THE BIDDER SHALL IMMEDIATELY DEPOSIT WITH THE MARSHAL $500.00 OR 10% OF THE BID, WHICHEVER SUM IS GREATER. THEREAFTER, THE BIDDER SHALL PAY THE REMAINING PURCHASE PRICE WITHIN 2 WORKING DAYS. PAYMENT SHALL BE MADE BY CERTIFIED CHECK OR CASHIER'S CHECK PAYABLE TO THE UNITED STATES MARSHAL. THE PLAINTIFF IS ALLOWED TO BID UP TO THE AMOUNT OF [illegible] WILL BE [illegible] TURE OF [illegible] ED AND THE PROPERTY WILL BE RE-OFFERED FOR SALE. THE SALE SHALL COMPLY WITH ALL LAWS OF THE U.S. INCLUDING THE CITIZENSHIP REQUIREMENTS OF SECTION 2 OF THE SHIPPING ACT OF 1916 AS AMENDED. JAMES A. TASSONE UNITED STATES MARSHAL
12/12-15    00-S-02/115231B

