UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

        Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

        Defendant.

Case No.: 00-6002-CIV
UNGARO-BENAGES

FILED by _____ D.C.
JAN 0 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### AGREED ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby ~~GRANTED~~ DENIED AS MOOT. The parties ~~shall have up to and including December 0, 2000, in which to file~~ the joint pretrial stipualtion (filed) on December 15, 2000.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 4, of January 2001 ~~November, 2000.~~

Ursula Ungaro-Benages
U.S. District Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Eric Gabrille Esq.