UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6002-Civ
UNGARO-BENAGES

DENISE BROOKINS,

        Plaintiff,

vs.

MARTY SHOES,

        Defendant.
_____/



### ORDER RE-SETTING PRE-TRIAL CONFERENCE, CALENDAR CALL AND TRIAL PERIOD

THIS Court, sua sponte, informs all parties to the above matter that it is re-set for Pretrial Conference on MARCH 9, 2001 at 11:30 A.M. Calendar Call is reset for MARCH 21, 2001 at 1:00 P.M. and Trial is re-set for the two-week period commencing MARCH 26, 2001 at 9:30 A.M. All other dates and deadlines established by the Court shall remain on full force and effect.

DONE and ORDERED at Miami, Florida, this ____4____ day of January, 2001.

                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

