UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
    Plaintiff,

vs.

MARTY SHOES, INC.,
    Defendant.
_____/



## PRE-TRIAL ORDER

THIS CAUSE came before the Court for the Pretrial Conference held before the undersigned on Friday, March 9, 2001 at which counsel for Plaintiff and counsel for Defendant were present.

THE COURT having considered the Pre-Trial Stipulation, the applicable law, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that subject to the Court's rulings at the Pre-Trial Conference on March 9, 2001, the Pre-Trial Stipulation filed herein on December 15, 2000 is hereby ADOPTED and shall henceforth govern the course of these proceedings. No amendments or modifications, including to the witness and exhibit lists appended to the Pre-Trial Stipulation, will be permitted hereafter absent prior express leave of Court upon a showing of manifest injustice. It is further

ORDERED AND ADJUDGED that the record made upon the Pre-Trial Conference is hereby deemed a part of the trial record. Without limiting the foregoing, the Court made the following specific rulings at the Pre-Trial Conference:

(1) the parties shall attend a mediation conference with Judge Palermo on Thursday, March 15, 2001.

(2) Discovery and the time period for motions are now closed pursuant to the Local Rules and this Court's Scheduling Order. No further motions will be considered, except for motions in limine which shall be filed no later than Tuesday, March 13, 2001.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided via fax and mail:
counsel of record