UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
Plaintiff,

vs.

MARTY SHOES, INC.,
Defendant.
_____/



FILED by _____ D.C.
DKTG
MAR 1 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE TO MAGISTRATE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is

ADJUDGED that this matter is referred to United States Magistrate Judge Peter Palermo for settlement conference scheduled for Thursday, March 15, 2001 at 9:30 a.m. Additional instructions with respect to the settlement conference will be provided by Judge Palermo under a separate Order.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Palermo
counsel of record