UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/



## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Defendant Marty Shoes, Inc., through undersigned counsel and pursuant to the Court's Order at the Pretrial Conference held in this matter on March 9, 2001, respectfully advises the Court that all parties to this action have *not* consented to Magistrate Judge jurisdiction over this case for trial.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for Defendant
    One East Broward Boulevard
    Thirteenth Floor
    Post Office Box 14070
    Fort Lauderdale, FL 33302-4070
    (954) 525-1000
    (954) 463-2030 – fax
    e-mail: egabriel@hklaw.com

    By: _____
    Thomas H. Loffredo
    Florida Bar No. 870323
    Eric K. Gabrielle
    Florida Bar No. 160725



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and United States mail to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida, 33316, this 15th day of March, 2001.

          HOLLAND & KNIGHT LLP
          Attorneys for Defendant

By: _____
          Thomas H. Loffredo
          Florida Bar No. 870323
          Eric K. Gabrielle
          Florida Bar No. 160725

FTL1 #522128 v1