UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,   Case No.: 00-6002-CIV
UNGARO-BENAGES

Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

Defendant.
_____/

**PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME AND
TO BE EXCUSED FOR TRIAL DURING THE FIRST WEEK OF TRIAL**

Plaintiff, DENISE BROOKINS, by and through the undersigned attorney, herein moves for a continuance on motions in limine and to be excused from the first week of the docket.:

1. As Your Honor will recall, at the pretrial conference, the Court allowed plaintiff five days from the calendar call to file motions in limine concerning the admissibility of pre and post employment records of plaintiff. (Objections had already been filed) However, the order references March 13, 2001 (six business days prior to the calendar call) as the due date for the motion. Plaintiff is seeking a three day extension to Friday, March 16, 2001.

2. It should be noted that plaintiff's attorney is a sole practitioner and due to a confluence of scheduling conflicts in the last couple weeks, it is very difficult to file a timely and proper response to the summary judgment motion. For example, plaintiff had been in numerous depositions, mediation, hearings and deadline occurred in the last several weeks and in the next several weeks. In addition, the undersigned had to prepare an extensive appellate brief on Dr. Majid M. Naini v. State of Florida, Case No.: 00-4294 pending in the Fourth District Court

of Appeals due on March 2, 2001 (in excess of thirty pages), a response to a summary judgment in <u>Roberts v. Broward Sheriffs Office</u>, Case NO. 99-6117-MIDDLEBROOKS due March 16, 2001, a response to a motion to dismiss in <u>Bartley v. Palm Beach County</u>, Case No. 00-8948-Ryskamp due March 16, 2001, and filing complaints because of the statute of limitations.  In addition, the undersigned is preparing for trial in a matter that was set for March 12, 2001 and now has been set for March 26, 2001 before Judge Streitfeld in the Broward Circuit Court in <u>Borino v. Publix</u>, Case No. 99-20120 (14).

3. As stated above I have been called to trial in the <u>Borino</u> supra, which is starting on March 26, 2001 and expect that the trial will last approximately three days. Thus, due to an actual trial engagement of plaintiff's counsel, plaintiff respectfully requests that plaintiff be excused from the first week of the docket.

4. Plaintiff's attorney has contacted the attorney for the defendant and he consents to the relief in the motion concerning the motions in limine as long the motion is received in their offices by fax or hand before the close of business on Friday..

5.. It should be noted accordingly, and for all the foregoing reasons, plaintiff respectfully requests an enlargement of time to file the motions in limine and to be excused from the first week of the calendar..

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted..

Dated: Fort Lauderdale, Florida
March 14, 2001

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla. Bar No.: 961159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to:

Eric Gabrille Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida 33302, on this 14th day of March, 2001.

STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201