UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.

_____/

### NOTICE OF SETTLEMENT

Defendant Marty Shoes, Inc., gives notice that the parties to this action have resolved their dispute. A Joint Stipulation for Dismissal with Prejudice will be filed expeditiously.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for Defendant
    One East Broward Boulevard
    Thirteenth Floor
    Post Office Box 14070
    Fort Lauderdale, FL 33302-4070
    (954) 525-1000
    (954) 463-2030 – fax
    e-mail: egabriel@hklaw.com

    By: _____
    Thomas H. Loffredo
    Florida Bar No. 870323
    Eric K. Gabrielle
    Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and United States mail to Stewart L. Karlin, Esq., Attorney for Plaintiff, 400 S.E. 8th Street, Fort Lauderdale, Florida, 33316, this 16th day of March, 2001.

> HOLLAND & KNIGHT LLP
> Attorneys for Defendant
>
> By: _____
> Thomas H. Loffredo
> Florida Bar No. 870323
> Eric K. Gabrielle
> Florida Bar No. 160725

cc: Chambers of United States Magistrate Judge Peter R. Palermo

FTL1 #522128 v1

2