UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
    Plaintiff,

vs.

MARTY'S SHOES OF NEW JERSEY, INC.,
    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion on Consent for an Extension of Time and to be Excused for Trial During the First Week of Trial, filed March 15, 2001.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises it is

ORDERED AND ADJUDGED that the above Motion is hereby DENIED AS MOOT in light of the Notice of Settlement filed on March 16, 2001.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of March, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record