UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6002-CIV
UNGARO-BENAGES

BROOKINS,

       Plaintiff,

vs.

MARTY'S SHOES,

       Defendant.
_____/

**ORDER RE-SETTING CALENDAR CALL AND TRIAL**

THIS Court informs all parties to the above matter that this case is re-set on Two the Court's two-week trial calendar commencing **APRIL 23, 2001 at 9:00 AM**. Calendar Call is hereby re-set for **APRIL 18, 2001 at 1:00 PM**. All other deadlines/schedules previously established shall remain in full force and effect.

DONE and ORDERED at Miami, Florida, this 5 day of April, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

## SERVICE LIST

Denise Brookins v. Marty's Shoes of New Jersey
Case No. 00-6002-Civ-Ungaro-Benages

**STEWART L. KARLIN, ESQ.**
400 S.E. 8th Street
Ft. Lauderdale, FL 33316
(954) 462-1201
(954) 462-3151 (Fax)
(Attorney for Plaintiff)

**THOMAS HOLLAND LOFFREDO, ESQ.**
Holland & Knight
1 East Broward Boulevard
Suite 1300
Ft. Lauderdale, FL 33301
(954) 525-1000
(954) 463-2030 (Fax)
(Attorney for Defendant)