United States District Court
Southern District of Florida

Case No.00-6002 Civ (Ungaro-Benages/ Brown)

Denise Brookins
Plaintiff,
   Vs
Marty's Shoes, Inc,

Defendants
_____/



Plaintiffs Motion to Re-schedule Trial date

   Plaintiff Denise Brookins unrepresented in the above case. Asks the court to re-set trial date. For the following reasons.

Allow Plaintiff adequate time to retaint counsel for the case.

Attorney Stewart Karl in failed to issue subpoenas for the witnesses.

Failed to depos witnesses in the above case.

Failed to secure funds from plaintiff in a timely manner. Attorney 5 days Prior to trial requests funds from plaintiff.

Failed to enter evidence during the discovery, that would be beneficial to plaintiff's case.
Consistently, coerced plaintiff to settle case, without fully explaining details pertinent details of the case.

Honorable Ursula Ungaro Benages/Brown
Copies Mail and fax to
All involving Parties
Holland & Knight
Denise Brookins

Sincerly
Denise Brookins
921 N.W 33 way
Ft Lauderdale, Florida 33311
954/792-2029

March 20, 2001

Dear Sir: Stewart L Karlin

After a very careful review of U.S. Court 00-6002 Civ.
The correspondence between attorney/client rapport.

Documentation of all pertinent facts, allegations, and untouched issues
Concerning my past employment. Chronological order of issues involving
Your performance to the Civ. 00-6002. From the time of retainment to
March 15, 2001 mediation. Your behavior, pressures, honesty, and biased
Ethical representation the case. Has confirmed my decision in using my
RIGHT TO TERMINATING YOUR REPRESENTATION ON THE ABOVE
CASE 00-6002. EFFECTIVE IMMEDIATELY.! THE COURT WILL
NOTIFIED THE SAME. I wish you and your firm the very best. I feel it is
A logical, business, well thought-out decision. That is based on a collection
Of variables. I fully understand my position in the case. Again, my decision
Is not based on personal issues. Good-Luck Stewart Karlin.

Yours truly,