UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,

        Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

        Defendant.
_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

## MOTION TO WITHDRAW

COMES NOW, the undersigned counsel, and files this his Motion to Withdraw in the above-styled cause and as grounds therefore, states:

1. Irreconcilable differences have arisen between the plaintiff and the undersigned which has caused plaintiff to terminate the attorney-client relationship.

2. It is impossible for the undersigned to continue to represent the plaintiff herein based upon their differences.

3. The undersigned requests that a lien be placed on the file for services previously rendered.

4. In addition, the undersigned requests that the matter be stayed or abated for sixty (60) days so that plaintiff can have an opportunity to secure new counsel.

WHEREFORE, the undersigned respectfully requests this court to enter its order discharging the undersigned.

### INCORPORATED MEMORANDUM OF LAW

The undersigned herein relies upon local rule 11.

Dated: Fort Lauderdale, Florida
       April 17, 2001

STEWART LEE KARLIN, ESQ.
400 S. E. 8 Street
Fort Lauderdale, Florida 33316
(954) 462-1201
(954) 462-3151/Fax



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to: Eric Gabriel, Esq., Holland & Knight, LLP, 1 East Broward Blvd., Suite 1300, P.O.Box 14070 Fort Lauderdale, Florida 33302, and Ms. Denise Brookins, 921 N.W. 33 Way, Fort Lauderdale, Florida 33311, on this 16th day of April, 2001

STEWART LEE KARLIN, ESQ.
Florida Bar No.: 0961159
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201