**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6002-CIV-(UNGARO-BENAGES)(Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANT

Undersigned counsel for Marty Shoes, Inc., hereby gives notice to the Court, the parties and opposing counsel that he will be absent from the Southern District of Florida and the State of Florida from **May 25, 2001** through and including **June 5, 2001** and respectfully requests that no hearings, pretrial deadlines, trial or other matters be scheduled during those time periods.

Date:   April 19, 2001.

          Respectfully submitted,

          HOLLAND & KNIGHT LLP
          Attorneys for Defendant
          One East Broward Boulevard, 13th Floor
          Post Office Box 14070
          Fort Lauderdale, FL 33302-4070
          (954) 525-1000
          (954) 463-2030 – fax
          e-mail: egabriel@hklaw.com

          By: _____
               Thomas H. Loffredo
               Florida Bar No. 870323
               Eric K. Gabrielle
               Florida Bar No. 160725

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and United States mail to **Stewart L. Karlin, Esq.**, 400 S.E. 8th Street, Fort Lauderdale, Florida, 33316, and by United States mail to **Denise Brookins**, 921 N.W. 33rd Way, Fort Lauderdale, Florida, 33311, this 19th day of April, 2001.

HOLLAND & KNIGHT LLP

By: _____
Eric K. Gabrielle
Florida Bar No. 160725

2

**SERVICE LIST**

**Thomas H. Loffredo, Esq.**
**Eric K. Gabrielle, Esq.**
HOLLAND & KNIGHT LLP
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000 – phone
(954) 463-2030 – fax (mail)
(954) 468-7932 – fax (Court Orders)
Counsel for Defendant Marty Shoes, Inc.

**Stuart L. Karlin, Esq.**
LAW OFFICES OF STEWART LEE KARLIN, ESQ.
400 S.E. 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201 – phone
(954) 462-3151 – fax
Former Counsel for Plaintiff Denise Brookins

**Denise Brookins**, *pro se*
921 N.W. 33rd Way
Fort Lauderdale, Florida 33311
(954) 792-2029 - phone

FTL1 #538150 v1

3