UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
    Plaintiff,

vs.        **ORDER**

MARTY SHOES, INC.,
    Defendants.
_____/

    THIS CAUSE is before the Court upon Defendant's Motion for Dismissal in Accordance with Settlement Reached by the Parties, filed April 15, 2001.

    THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED Plaintiff shall file a Response to Defendant's Motion for Dismissal **no later than 10:00 a.m. on Monday, April 30, 2001**. If Plaintiff fails to file a timely response, this Court may grant Defendant's Motion.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2001.

                            URSULA UNGARO-BENAGES
                            UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Denise Brookins
921 N.W. 33rd Way
Fort Lauderdale, FL 33311