UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6002-CIV-UNGARO-BENAGES/BROWN

DENISE BROOKINS,
    Plaintiff,

FILED by _____ D.C.
APR 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.

REFERRAL TO MAGISTRATE

vs.

MARTY SHOES, INC.,
    Defendant.
_____/

    PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to **United States Magistrate-Judge Stephen Brown** to take all necessary and proper action as required by law, with respect to Defendant's Motion and Memorandum of Law for Dismissal in Accordance with Settlement Reached by the Parties..

    PURSUANT to this referral order, it is also ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.

    **DONE AND ORDERED** this 24 day of April, 2001 at Miami, Florida.

                                    URSULA UNGARO-BENAGES
                                    UNITED STATES DISTRICT COURT JUDGE

cc:    Magistrate Stephen Brown
       All counsel of record

C:\Myfiles\Brookins v. Marty Shoes\RTM - M for Dismissal.wpd

