**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DENISE BROOKINS,

        Plaintiff,

v.

MARTY'S SHOES OF NEW JERSEY, INC.,

        Defendant.

_____/

Case No.: 00-6002-CIV
UNGARO-BENAGES

APR 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER ON MOTION TO WITHDRAW

THIS CAUSE having come on to be heard upon the Motion to Withdraw filed by Stewart Lee Karlin, Esquire, and the Court having heard arguments of counsel and being otherwise fully advised in the Premises, it is

ORDERED AND ADJUDGED that the Motion to Withdraw of Stewart Lee Karlin, Esquire be and the same is hereby GRANTED. Stewart Karlin shall retain a lien on the file for services rendered to date. The action shall be abated for ~~sixty (60)~~ thirty (30) UU·B days in order to allow plaintiff an opportunity to secure new counsel. Henceforth, all papers shall be served on Ms. Denise Brookins, 921 N.W. 33 Way Fort Lauderdale, Florida 33311.

**DONE AND ORDERED** this 27, day of  April  , 2001, in his Chambers at Miami, Florida.

Ursula Ungaro-Benages
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Eric Gabriel Esq.
Ms. Denise Brookins
Stewart Lee Karlin, Esq.