UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.

_____/



### DEFENDANT'S RESPONSE TO MOTION TO WITHDRAW BY STUART L. KARLIN, ESQ., COUNSEL FOR PLAINTIFF

Defendant Marty Shoes, Inc., through undersigned counsel, hereby responds to the Motion to Withdraw (DE 68) filed by Stuart L. Karlin, Esq., counsel for Plaintiff in this action, and states that Marty Shoes does not oppose the relief requested in that motion.

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP
                                        Attorneys for Defendant
                                        One East Broward Boulevard, 13th Floor
                                        Post Office Box 14070
                                        Fort Lauderdale, FL 33302-4070
                                        (954) 525-1000
                                        (954) 463-2030 – fax
                                        e-mail: egabriel@hklaw.com

                By: _____
                      Thomas H. Loffredo
                      Florida Bar No. 870323
                      Eric K. Gabrielle
                      Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and United States mail to **Stewart L. Karlin, Esq.**, 400 S.E. 8th Street, Fort Lauderdale, Florida, 33316, and by United States mail to **Denise Brookins**, 921 N.W. 33rd Way, Fort Lauderdale, Florida, 33311, this 1st day of May, 2001.

                      HOLLAND & KNIGHT LLP

By: _____
           Eric K. Gabrielle
           Florida Bar No. 160725

## SERVICE LIST

**Thomas H. Loffredo, Esq.**
**Eric K. Gabrielle, Esq.**
HOLLAND & KNIGHT LLP
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000 – phone
(954) 463-2030 – fax (mail)
(954) 468-7932 – fax (Court Orders)
Counsel for Defendant Marty Shoes, Inc.

**Stuart L. Karlin, Esq.**
LAW OFFICES OF STEWART LEE KARLIN, ESQ.
400 S.E. 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201 – phone
(954) 462-3151 – fax
Former Counsel for Plaintiff Denise Brookins

**Denise Brookins**, *pro se*
921 N.W. 33rd Way
Fort Lauderdale, Florida 33311
(954) 792-2029 - phone

FTL1 #538150 v1

3