UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

    Plaintiff,

vs.

MARTY SHOES, INC.,

    Defendant.
_____/



## NOTICE OF OFFER OF EMPLOYMENT TO JUDICIAL LAW CLERK

Holland & Knight LLP, counsel of record for Defendant in this action, hereby notifies the Court and all parties that it has extended an offer of employment to Yolanda Patrice Jones, who currently serves as law clerk to the Honorable Ursula Ungaro-Benages, upon completion of the clerkship.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for Defendant
    One East Broward Boulevard, 13th Floor
    Post Office Box 14070
    Fort Lauderdale, FL 33302-4070
    (954) 525-1000
    (954) 463-2030 – fax
    e-mail: egabriel@hklaw.com

    By: _____
    Thomas H. Loffredo
    Florida Bar No. 870323
    Eric K. Gabrielle
    Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and United States mail to **Stewart L. Karlin, Esq.**, 400 S.E. 8th Street, Fort Lauderdale, Florida, 33316, and by United States mail to **Denise Brookins**, 921 N.W. 33rd Way, Fort Lauderdale, Florida, 33311, this 1st day of May, 2001.

HOLLAND & KNIGHT LLP

By: _____
Eric K. Gabrielle
Florida Bar No. 160725

2

## SERVICE LIST

**Thomas H. Loffredo, Esq.**
**Eric K. Gabrielle, Esq.**
HOLLAND & KNIGHT LLP
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000 – phone
(954) 463-2030 – fax (mail)
(954) 468-7932 – fax (Court Orders)
Counsel for Defendant Marty Shoes, Inc.

**Stuart L. Karlin, Esq.**
LAW OFFICES OF STEWART LEE KARLIN, ESQ.
400 S.E. 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201 – phone
(954) 462-3151 – fax
Former Counsel for Plaintiff Denise Brookins

**Denise Brookins**, *pro se*
921 N.W. 33rd Way
Fort Lauderdale, Florida 33311
(954) 792-2029 - phone

FTL1 #538150 v1