**PLAINTIFF SIGNED AFFADAVIT IN SUPPORT OF MOTION TO COMPLE OF NO SETTLEMENT REACHED BY PARTIE**

**Plaintiff (Denise Brookins) unrepresented**

On March 15, 2001 both parties of the above case Civ-6002) entered into a settlement conference. With Magistrate judge Peter Palermo. To plaintiff's understanding on settlement was reached by both parties. On March 16, 2001 plaintiff's former counsel "Stewart Karolin mailed    a confirmation letter to Defendant's Marty's Shoes. Stating settlement.
I Denise Brookins had no documentation of former counsel's actions. Or authorization allowing former counsel to represent claimant as settled case. On March 19, 2001 claimant terminated Stewart Karlin's representation. Former counsel at the above settlement conference the negotiations weren't binding instructed plaintiff. Until signing. To my knowledge discussing possible settlement negotiations doesn't equal a settlement by her former counsel instructions. Former counsel had "NO Right". To confirm settlement without consulting client. And notifying client of his pertinent actions. Stewart Karlin "acted alone" and without client's approval. In the past former counsel has a repeated conduct pattern "initiating settlement. I also, have requested from former counsel give the courtesy of notifying client of all discussions. My first knowledge of "the settlement" came from a woman working in Judge Ungaro's office. At the time of calendar-call and /or Trial date. Brookins was placed outside courtroom and worked stated that your case" was settled". At time of settlement conference, and thereafter plaintiff has not        locuments supporting any settlement with Defendant's Marty's Shoes. Plaintiff has documentation supporting evidence that counsel has "acted alone in initiating settlement. Karlin has made several damaging errors in the above action. Further documentation will be forwarded at the courts request. Stewart Karlin "acted alone, and without client's approval in settlement negotiations with court, and defendants. With this truth in the above sign Denise Brookins pledges that the court NOT ENFORCE ANY AGREEMENT NOT Signed by plaintiff. After viewing several discrepancies in the case 00-6002 made by "karlin " Plaintiff dismissed "karlin " immediately.

Sincerly

Denise E. Brookins
921 N.W. 33 way
Ft. Lauderdale, Florida    954/929-7160
954 792-2029

State of Florida  /  County of _MIAMI-DADE_
The foregoing instrument was acknowledged before me this
_5/14/2001_ by _ELAINE D. BROOKINS_
Pers... Known ☐    OR   Produced Ide. _____  ☒
Typ... I.D. Produced _B615-204-66-959-0_

_____ (notary signature)

Printed name & Comm. # _Elliott_

Edward D. Elliott
Commission # CC 866406
Expires Oct. 11, 2003
Bonded Thru
Atlantic Bonding Co., Inc.