```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO. 00-6002-Civ
                                        UNGARO-BENAGES
```

DENISE BROOKINS,

        Plaintiff,

vs.

MARTY SHOES, INC.,

        Defendant,

_____/

FILED by _____ D.C.
DKTG
MAY 1 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER RE-SETTING CALENDAR CALL AND TRIAL DATE**

This cause is re-set for Trial is set for the two-week period commencing **JULY 16, 2001 at 9:00 A.M.** Calendar Call is set for **WEDNESDAY, JULY 11, 2001 at 1:00 P.M.** All other dates and deadlines established by the Court shall remain in full force and effect.

DONE AND ORDERED at Miami, Florida, this _15_ day of May, 2001.

                                                          _/s/ Ursula Ungaro-Benages_
                                                          URSULA UNGARO-BENAGES
                                                          UNITED STATES DISTRICT JUDGE

cc: Thomas H. Loffredo, Esq.
    Denise Brookins, 921 N.W. 33 Way, Ft. Lauderdale, 33311