# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-(UNGARO-BENAGES/Brown)

DENISE BROOKINS,

      Plaintiff,

vs.

MARTY SHOES, INC.,

      Defendant.

_____/

**PLEASE REFER TO UNITED STATES**
**MAGISTRATE JUDGE STEPHEN T. BROWN**

## DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPT OF STEWART LEE KARLIN, ESQ.

Defendant Marty Shoes, Inc., gives notice of the filing of the original transcript, with exhibits, of the deposition of Stewart Lee Karlin, Esq.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Defendant
One East Broward Boulevard, 13th Floor
Post Office Box 14070
Fort Lauderdale, FL 33302-4070
(954) 525-1000
(954) 463-2030 – fax
e-mail: egabriel@hklaw.com

By: _____
Thomas H. Loffredo
Florida Bar No. 870323
Eric K. Gabrielle
Florida Bar No. 160725

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by UPS next day delivery to **Denise Brookins**, 921 N.W. 33rd Way, Fort Lauderdale, Florida, 33311, this _18th_ day of June 2001.

HOLLAND & KNIGHT LLP

By: _____
Thomas H. Loffredo
Florida Bar No. 870323
Eric K. Gabrielle
Florida Bar No. 160725

2

## SERVICE LIST

**Thomas H. Loffredo, Esq.**
**Eric K. Gabrielle, Esq.**
Attorneys for Defendant
HOLLAND & KNIGHT LLP
Post Office Box 14070
Fort Lauderdale, Florida 33302-4070
(954) 525-1000 – phone
(954) 463-2030 – fax (mail)
(954) 468-7932 – fax (Court Orders)
Counsel for Defendant Marty Shoes, Inc.

**Denise Brookins**, *pro se*
Plaintiff
921 N.W. 33rd Way
Fort Lauderdale, Florida 33311
(954) 792-2029 - phone

FTL1 #546730 v1

3