UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6002 CIV-UNGARO-BENAGES/BROWN

DENISE BROOKINS,

    Plaintiff,

v.

MARTY SHOES, INC.,

    Defendant.
_____/



### ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT AND MOTION TO STAY RULING ON DEFENDANT'S MOTION TO DISMISS

**THIS MATTER** is before this Court on Defendant's Motion to Strike Plaintiff's Affidavit and Defendant's Motion to Stay Ruling on Defendant's Motion to Dismiss, filed May 25, 2001. The Court has considered the Motions and all pertinent materials in the file. The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that the Motions be and the same are hereby **DENIED**.

**DONE AND ORDERED** this 25th day of June 2001, at Miami, Florida.

                                                  STEPHEN T. BROWN
                                                  U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
        Thomas H. Loffredo, Esq.
        Denise Brookins, pro se
            921 NW 33 Way
            Ft. Lauderdale, FL 33311

## SERVICE LIST

Denise Brookins v. Marty's Shoes of New Jersey
Case No. 00-6002-Civ-Ungaro-Benages

**STEWART L. KARLIN, ESQ.**
400 S.E. 8th Street
Ft. Lauderdale, FL 33316
(954) 462-1201
(954) 462-3151 (Fax)
(Attorney for Plaintiff)

**THOMAS HOLLAND LOFFREDO, ESQ.**
Holland & Knight
1 East Broward Boulevard
Suite 1300
Ft. Lauderdale, FL 33301
(954) 525-1000
(954) 463-2030 (Fax)
(Attorney for Defendant)