UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
    Plaintiff,

vs.

MARTY'S SHOES, INC.,
    Defendant.
_____/



FILED by ____ D.C.
JUL 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion for Dismissal in Accordance with Settlement Reached by the Parties, filed April 15, 2001.

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge. A Report and Recommendation ("Report") dated June 26, 2001 has been filed, recommending that Defendant's Motion for Dismissal be granted. The Court notes that Plaintiff failed to file any objections to the Magistrate's Report.

THE COURT has conducted a *de novo* review of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Brown's Report is RATIFIED, AFFIRMED, AND APPROVED. Accordingly, Defendant's Motion for Dismissal is GRANTED and this action is DISMISSED. The parties shall comply with the settlement agreement entered into on March 15, 2001.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of July, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Brown
counsel of record
Denise Brookins, *pro se*
921 NW 33 Way
Ft. Lauderdale, FL 33311