**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6002-CIV-UNGARO-BENAGES

DENISE BROOKINS,
    Plaintiff,

vs.

MARTY'S SHOES, INC.,
    Defendant.
_____/



### SUPPLEMENTAL ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion for Dismissal in Accordance with Settlement Reached by the Parties, filed April 15, 2001.

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge. On July 24, 2001, this Court issued an Order Affirming Magistrate Judge Brown's Report and Recommendation ("Report") dated June 26, 2001 recommending that Defendant's Motion for Dismissal be granted. In that Order, the Court noted that Plaintiff had failed to file any objections to the Magistrate's Report. On July 5, 2001, after Judge Brown issued his Report and Recommendation, Plaintiff filed a "Response to Defendant's Supplemental to Motion and Memorandum of Law to Strike Plaintiff Affadavit" (sic). The Court will construe this Response as Objections to the Report.

THE COURT has conducted a *de novo* review of the Motion, Plaintiff's Objections, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Brown's Report is RATIFIED, AFFIRMED, AND APPROVED. Accordingly, Defendant's Motion for Dismissal is GRANTED and this action is DISMISSED. The parties shall comply with the settlement agreement entered into on March 15, 2001.



DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of February, 2002.

                                                    URSULA UNGARO-BENAGES
                                                    UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Brown
counsel of record
Denise Brookins, *pro se*
921 NW 33 Way
Ft. Lauderdale, FL 33311