

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENISE BROOKINS,                     ) Case No.
                                     ) 00-6002-Civ-UNGARO-BENAGES
           Plaintiff,                )
                                     )
      -v-                            )
                                     )
MARTY'S SHOES OF NEW JERSEY, INC.,   )
                                     ) Miami, Florida
           Defendant.                ) March 9, 2001
_____) 11:44 a.m.


Pages 1-10

TRANSCRIPT OF PRETRIAL CONFERENCE

BEFORE THE HONORABLE URSULA UNGARO-BENAGES

U.S. DISTRICT JUDGE


APPEARANCES:

For the Plaintiff          STEWART LEE KARLIN, ESQ.
                           315 Southeast 7th Street - 2nd Floor
                           Fort Lauderdale, Florida   33301


For the Defendant          HOLLAND & KNIGHT LLP
                           BY:  ERIC K. GABRIELLE, ESQ.
                           1 East Broward Boulevard - Suite 1300
                           Fort Lauderdale, Florida   33301




Reporter                   WILLIAM G. ROMANISHIN, RMR
(305) 523-5558             Official Court Reporter
                           1104 Federal Courthouse Square
                           301 North Miami Avenue
                           Miami, Florida   33128


STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT